Sam Cloninger

3655 S. OLD GLENN HWY

P.M.B. 216

PALMER, AK 99645

TO: UNITED STATES DISTRICT COURT

District of Alaska

Honorable Sharon L. Gleason, District Judge

Brian D. karth, clerk of court

RECEIVED

9.3 SECTION 1983 CLAIM AGAINST DEFENDANTS IN INDIVIDUAL CAPACITY-ELEMENTS AND BURDEN OF MAY 09 2023
PROOF. ALASKA CASE NUMBER: (001188162) / (3AN-16-18193CI)

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK





# Cloninger

OFFICIALS ERROR IN THE UNLAWFUL PERFORMANCES AS OF THEIR PRESCRIBED DUTIES.

DEFEDANTS:

THE ORIGINAL CASE WORKER.

THE MAJISTRATE JUDGE SIDNEY K. BILLINGSLEA.

JUDGE WILLIAM F. MORSE.

FRANK A PFIFFNER.

DEPUTY CLERKS J.A. AND L.H.

DEPUTY CLERK L. SCHEBEN.

DEPUTY DIRECTOR DEBRA J. FOLEY.

DEPUTY DIRECTOR CHRISTY FRASER.

CHILD SUPORT REP. SONJA M. GOEDDE-LUND.

CHILD SUPORT REP. REANNE GALIEGO.

CHILD SUPPORT REP. BARBARA A. SWARTZENTRUBER.

CHILD SUPORT REP. CARI BERNIER.

CHILD SUPORT SPECIALIST CHRIS CRAWFORD.

CHILD SUPORT SPECIALIST VEROLA M. FERREL.

CHILD SUPPORT MIKE MILLER.

CHILD SUPPORT SERVICE DEVISION JAMES BRELAND.

WITH ADDITION, EVERYONE ELSE INVOLVED IN MY CASE.

AB-INITIO, FROM THE BEGINNING.

EXPLANATION.

AT ANY TIME IN THE PAST, INADVERTENTLY WAVED MY RIGHTS OR LESSONED MY STATUS THROUGH CON-TRACT FORGIVE ME. FOR NO MAN KNOWINGLY, WILLINGLY SIGN AWAY HIS RIGHTS AND THAT WOULD BE

UNCONSCIONABLE-CONTRACT OR CLAUSE IF I HAD DONE SO. IN VIOLATION OF THE UNIFORM COMMERCIAL CODE. (U.C.C. 2-302). I EXPRESS RESERVATION OF RIGHTS. (U.C.C. 1-308).

I DID NOT KNOW MY RIGHTS IN ORDER TO STATE THEM. HE WHO DOES NOT KNOW HIS RIGHTS, HAS NONE. I HAVE FAIR USE.

LAWFUL IS MY NATURAL GOD GIVEN RIGHTS, LEGAL ARE MAN GIVEN RIGHTS. WHAT IS JUST AND RIGHT IS THE LAW OF LAWS. IN CONSTITUTIONAL LAW, RIGHTS WHICH HAVE SO COMPLETELY AND DEFINITIVELY AC-CRUED TO OR SETTLED IN A PERSON, THAT THEY ARE NOT SUBJECT TO BE DEFEATED. OR CANCELED BY THE ACT OF ANY OTHER PRIVATE PERSON; AND WHICH IT IS RIGHT AND EQUITABLE THAT THE GOVERNMENT SHOULD RECOGNIZE AND PROTECT AS BEING LAWFUL IN THEMSELVES AND SETTLED ACCORDING TO THE THEN CURRENT RULES OF THE LAW AND OF WHICH THE INDIVIDUAL COULD NOT BE DEPRIVED ARBITRARILY WITHOUT INJUSTICE.

THE INPORTANCE OF FAMILY RELATIONS UNDER THE LAW. [STANLEY V. ILLINOIS 405 U.S. 645, 651 (1972)].

THE INTRESS OF A PARENT IN THE CARE CUSTODY AND CONTROL OF THEIR CHILDREN IS PERHAPS THE OLD-EST OF THE FUNDAMENTAL LIBERTYS. INTRESS RECOGNIZED. [TROEL V. GRANVILLE 530 U.S. 57, 65, 120 S. CT 2054 L. ED. 2ND 49 (2000)].

A PARENTS INTRESS, TO CARE AND MANAGEMENT OF THEIR CHILD THAT DOSE NOT EVAPERATE FOR FAIL-URE TO BE A MODEL PARENT OR EVEN WHARE THE PARENT LOST TEMPARY CUSTADY OF CHILD TO THE STATE. [SANDOSKY V. KRAMER 455 U.S. 745, 743 (1982)].

RIGHTS FAR MORE PRECIOUS THAN PROPERTY. [MAY V. ANDERSON 342 U.S. 528, 533 (1953) ID. AT 651].

I HAVE BASIC CIVIL RIGHTS OF MAN. [SKINNER V. OKLAHOMA 316 U.S. 535, 541 (1942)].

THE RIGHT TO CONSEVE AND RAISE ONES CHILDREN, DEEMED ESSENTIAL. [MEYERS V. NEBRASKA 262 U.S. 390, 399 (1923)].

PARENTAL RIGHTS ARE FUNDAMENTAL RIGHTS PROTECTED BY THE U.S. CONSTITUTION.

THE RIGHT TO BE ABLE TO PROTECT MY CHILD FROM UNWANTED GOVERNMENT INTRUSION.

THE RIGHT TO BE ABLE TO RAISE MY CHILD WITHOUT HAVING TO BE UNDER THE CONTROL OF OTHER PEO-PLES IDEA OF WHAT THEY THINK IS BETTER.

THE RIGHT TO BE ABLE TO RAISE MY CHILD HOW I SEE FIT, NOT HOW A JUDGE OR AN EXPERT OR EVEN THE OTHER PARENT SEES.

THE RIGHT TO BE ABLE TO CONTINUE TO BE ME, AND TO SHARE THAT WITH MY CHILD.

THE RIGHT TO PROTECT.

THE RIGHT TO BE ABLE TO HAVE INFLUENCE OF BOTH FIT PARENTS, INDEPENDENTLY.

THE RIGHT TO MY LOVED ONES.

STUDIES SHOW A SIGNIFICANT ADVERSE, IMPACTED TO A CHILDS MENTAL AND EMOTIONAL WELLBEING WHEN BEING WITHHELD FROM THE OTHER PARENT. HINDERING MY RELATIONSHIP WITH MY DAUGHTER.

ENDLESS RESEARCH.

WITH MY MANAGEMENT CONCERNING MY FAMILY, I HAVE BEST INTEREST IN HAND BY NATURE

I HAVE BENEFICIAL RIGHTS. I HAVE FUNDAMENTAL RIGHTS. QUALITY UNDER FREE-WILL.

LAND OF THE FREE IS AN ENTERPRISE OF UNLIMITED CONTRACTING. INVIGORATING KNOWLEDGE.

DEFLECTION OF ORDER. LEFT UP TO BOTH PARTIES TO COME TO AN UNDERSTANDING OF ALTERNATIVE AGREEMENTS. FREEDOM OF CONTRACT. PRIVATE CONTRACT.

CHOSE TO DO SO BY MUTUAL ASSENT.

AGGREGATIO-MENTIUM, MEETING OF MINDS. (ASPINWALL V. BD. OF COMM, RS 63 U.S.1860).

BY NOTORIZED CONTRACT. EXEMPTION OF CHILD SUPPORT.

VINCULUM-JURIS, LEGAL TIE BETWEEN PARTIES.

I CREATE MY OWN CONTRACTS WITH MUTUAL AGREEMENT. THIS CONTRACT IS BINDING UNTILL AGREE-MENT IS MADE WITH ALTERNATIVE CONTRACT. ANYTHING ELSE IS A VIOLATION OF CONTRACT AND WOULD BE CONSIDERED A BREACH OF CONTRACT.

SUI-JURIS, HAVING FULL LEGAL CAPACITY TO ONES OWN BEHALF.

NOT SUBJECT TO THE AUTHORITY OF ANOTHER. QUALIFIED TO ENJOY ALL RIGHTS. I AM NOT A DEAD-BEAT FATHER, THAT TERM IS RACIST AND OUTDATED.

THE OBLIGEE TOOK PRIORITY AND RESPONSEABILITY OF CHILD SUPPORT. SHE AGREED VERBALLY, HER HUS-BAND WILL PAY FOR EVERYTHING. SHE IS CORRECT, HIS WEALTH IS HER WEALTH. SO IS DEBT, VICE VERSA.

MARRIED, THE HUSBAND TOOK RESPONSIBILITY AS A STEPFATHER, IT IS HIS DUTY TO PROVIDE FOR HIS FAM-ILY UNDER HIS ROOF.

IN A BOX. AUDI-ALTERAM-PARTEM, LISTEN TO THE OTHER SIDE.

INTERESTED IN ANOTHER MAN OBLIGEE CHEATED, THEFT HAPPENED ALSO. INSTANTLY I WAS CHARGED. NOT GIVEN A CHANCE TO BEGAIN WITH. I PAID MY DUE. I MOVED ON WITH MY LIFE LESSONS.

I AM HAPPILY MARIED. I HAVE A SON, AND STEPDAUGHTER.THE OBLIGEE MARRIED, HAD TWO SONS EVERYTHING WAS IN GOOD STANDING. MY DAUGHTER PIPER HAD BOTH FAMILYS.

THEN THE HUSBOND CHEATED ON THE OBLIGEE, NATURALLY GUILT IMPLIED MALICIOUSNESS CAUSEING ALIENATION AND ABDUCTION, DENIED MY DAUGHTER AND I FROM HAVING A RELATIONSHIP TO-GETHER.

NOT ALLOWING ME TO COMUNICATE TO MY DAUGHTER BECAUSE OF RED FLAGS, UNHEALTHY HOUSE-HOLD CONCERNING INFEDELITY. THEIR BREACH OF CONTRACT.

TAKE INTO FACTOR OBLIGEE PREGNANCYS, COVID AND INFLATION, EMPLOYMENT, TIME DIFFERENTCES ALSO HENDERED VISITATION.

I WAS ALIENATED SLOWLY TO THE POINT OF NO CONTACT, THEN TOLD I DON'T COMMUNICATE ENUF. COERCING MY WIFE IN TEXT, THAT IT IS MY FAULT FOR LOSS OF CONTACT. ONLY COMUNICAETING WITH MY WIFE AND NOT I. PLAYING WITH MY HEART. I WILL NOT BE ENTRAPED.

I BELEAVE THE OBLIGEE HAS A SELF IMMAGE TO MATAIN. LIKE SHE ASSUMED I WAS HAPPY AND WOULD BELITTLE HER CHARACTER. THAT WOULD CAUSE CONFLICT, WASTE MY ENERGY AND DEPLETE MYSELF WITH NEGATIVENESS. MOTION OF FORBIDDEN BETYAIL OF MARITAL OBLIGATION BY HER HUSBAND CAUSED DAMAGE. IN MY OPINION LIABLE. REALIVANT ILLICIT FOUNDATION.

OUT THE BOX.

THE FACT YOU ARE READING THIS STATES A BREACH OF TRUST AND CONTRACT. INFLECTION, INJURY. AG-GRAVATED PERJURY WITH FALSE ALLEGATIONS FOR MALLICHOUS PROSECUTION. FRAUD AND SLANDER, IN-ORDER TO PROFFIT FROM PAIN AND SUFFERING. VICTOMIZE WITH NARCISSISM AND ALIENATED.

RESULT, DECEPTION OF CONTRACT CONCERNING DUE PROSCESS VIOLATIONS CAUSING INPROPER BUSINESS PRACTICES. COERCED SLAVERY DEPLETEING, LAUNDER OF MY WEALTH THROUGH FRAUD WHICH ARE LIABLE IN FEDERAL CLAIM.

THE SOCIAL SECURITY ACT STATES SOCIAL SECURITY FUNDING, IT ALSO STATES SOCIAL SERVICE FUNDING, WHICH CHILD SUPPORT IS SUPPOST TO DERIVE FROM.

THE CHILD SUPPORT DEVISION AND THE STATE OF ALASKA PROFIT ALL (TITLE IV-D) WITHHOLDONGS.

CHILD SUPPORT HAS A CERTAIN FINANCIAL YEILD EACH YEAR TO MAINTAIN. TO GAIN GRANTS OR FACE FINES, INCENTIVE TO GAIN FEDERAL GRANTS.

RIGHT TO RESIST COERCIVE STATE INTERVENTION IN MY FAMILY (DUCHESNE V.S GARMAN 566 F.2D 817, 825).

I HAVE BEEN IGNORED, DISREGARDED, UNHEARD, TOLD "NOTHING CAN BE DONE UNLESS I GO TO COURT AND MODIFY." COERCED FURTHER BY CASE WORKER'S FOR PROFFIT. FLAGITIOUS. (18 U.S.C. SS 1593A).

DUE TO THE TRUTH AND FACT OF SAID CONTRACT AND VIOLATIONS, ANY ORDER IS NULL AND VOID, AND THAT I AM TO BE REIMBURSED EVERY CENT I WAS DEPRIVED OF IN THE NAME OF (TITLE IV-D). INTITLED TO CREDIT(S), INTERESTS THAT OCCURRED, WITH A (1099A).

EQUITY OF MY BLOOD, SWEAT AND TEARS. RETURN MY COMMISHION, I CREATED.

WHAT ONE CREATES, ONE CONTROLS.

THERE WAS NO VALIDITY, THE STATUTES HAVE NO MERRIT. (ARTICLE 3 SEC. 10 PHILIPPINE CONSTITUTION 1987).

FORFEIT CASE, ABROGGATE. STATUTARY LAW IS MERITIME LAW. THE CONSTITUTION IS A COMMON LAW TRUST.

NO LAW IMPARIRING THE OBLIGATION OF CONTRAT, SHALL NOT BE PASSED. EQUIL PROTECTION OF LAWS. (ARTICLE 3 SEC. 1 PHILIPPINE CONSTITUTION 1987).

SATATUTE(S) ARE NOT LAW. [SELF V. RAY,61 WN (2D) 261]

IM GREATFUL FOR LESSONS. OVER-DUE, RELENTLESS TO FIGURE OUT HOW TO PLAY THE CHESSBOARD, TO SEEK THE KNOWLEDGE AND WISDOM I DESEARVE TO BE HUMBLE, FREE TO LIVE AS I PLEASE. AND TO WHICH I WAS DEPRIVED CAN BE CONSIDERED, ACTS OF WAR. MENTAL TORTURE, PARENTAL ALIENATION AND ABUSE OF MY DAUGHTER.

I HAVE SELF PROVISION FOR MY DAUGHTER WHEN SHE IS IN MY CARE. AS A FATHER, I HAVE EQUIL RIGHTS. REMAND, RESUME 50% CUSTADY OF MY DAUGHTER, SYMMETRY OF CUSTADY, HARMONY. I WILL TREAT CUSTADY AS IS BETWEEN THE OBLIGEE, BUT NOT ON THE FLAT PLANE OF LITIGATION. IT SHALL BE HER MOTHERS DUTY TO CLEAR HER CONSCIENCE WITH MY DAUGHTER FOR HER FORGIVE NESS.

Case 3:23-cv-00109-SLG   Document 1   Filed 05/09/23   Page 6 of 36

RIGHT TO RAISE MY CHILDREN AS I CHOOSE (MEYER V. NEBRASKA, 262 U.S. 390, 1923)

I WISH NOT TO TAKE MY DAUGHTER FROM HER MOTHER BUT SLOWLY BE REUNITED, AS NOT TO TRAUMATIZE MY DAUGHTER ANY FURTHER. IF MY DAUGHTER DECIDE'S TO GIVE ME 50% OF HER TIME. THAT IS UP TO HER, NO ONE ELSE. I RESPECT RIGHTS. COERCE NOT. I WILL NOT BE BELITTLED TO MY DAUGHTER BY HER MOTHER ANYMORE.

I HAVE FREEDOM OF PEACE. I WISH TO COEXIST IN LIFE, NOT TO BE DISCRIMINATED AGAINST OR BE CAUSED ANY DISABILITYS INTERFEREING WITH MY LIFE.

FURTHERMORE, I DO NOT UNDERSTAND. I DO NOT STAND UNDER. FOREIGN ORDER IN MY INTERPRETATION OF THE LANGUAGE, THEFT THROUGH LEGALITYS, STEALING MY SWEAT EQUITY.IN MY OPINION "IM NOT ENDENTURED OR SERVENT TO ANY MAFIA ENTERPRISE OF HIERARCHY." I DO NOT ACQUIESCE.

(15 U.S.C. 1681C-2: BLOCK OF INFORMATION RESULTING FROM IDENTITY THEFT).

IDENTITYS LABELED INCORRECT ON THE (IWO) INQUIRE TO MY EMPLOYER.

BIFURCATED NAMES IN MY OPINION "FICTITIOUS, COUNTER FIT AND IDENTITY FRAUD". I HAVE THE RIGHT TO BE AGAINST FICTICIOUS DEBT THROUGH FICTITIOUS NAMES, DISPEL OPPRESSION.

THE COURT IS A BANK OF CORPORATIONS, THE COURT ROOM IS A BANK OF A BATTLEFEILD WARE CORPORATIONS BATTLE FOR SETTLEMENTS.

I HAVE STANDING, I HAVE LITIGATION. I GRASP TO THE BEST OF MY KNOWLEDGE AND CAPACITY. I STAND, I STATE MY RIGHTS.I CLAIM. I INQUIRE. I MAKE MY CLAIM. I WILL HAVE VICTORY, I CONFIRM.

I WISH NOT TO BATTLE OR BE PROVIDED SERVICES, COERCIVE PRACTICES. I EXPECT DUE DILIGENCE. HEED, I WONT BE ENTRAPPED. I AM NOT A DOMESTIC ENEMY, OR A HEATHEN.

I WON'T TOLERATE EXTORTION, HARASSMENT, INTIMIDATION, INFRINGEMENT, BULLYING OR BLACK-MAIL. I WILL NOT TOLERATE DEPRIVATION OF ANY RIGHTS UNDER COLOR OF LAW. (18 U.S.C. SEC. 242).

I HAVE THE RIGHT TO LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS. A LIVING RIGHT TO WEALTH, PROPERTY. DECERN.

I AM NOT AN ABBANDONER, I DO NOT WISH TO PARTICIPATE IN THE (TITLE IV-D) PROGRAM. I AM NOT A CRIMINAL. I AM WELL AWARE OF PRINCIPAL. YOU DON'T HAVE MY CONSENT.

MY FAMILY AND I ARE NOT CHATTEL BUT KINGS AND QUEENS, CONCERNING AGE.

QUID-FAS-NON-VERITAS-EST, LEGALITY IS NOT REALITY.

GOLD IS TRUTH, MY WORD IS TRUTH. TRUTH IS FREEDOM.

WHAT IS LAWFUL AND WHAT IS LEGAL IS A MATTER OF LIFE OR DEATH. A PERSON HAS NO BODY. ARBITRARY CREATIONS OF THE LAW. GOVERNMENT CAN NOT CONTROL THAT WHICH IT DID NOT CREATE.

I AM A FREE MAN.

I CHOOSE TO USE TO MY BENEFIT'S, AS A LIVING MAN INCONTROL OF MY PRINCIPAL.

I DO NOT COVENANT WITH DEATH.

I DON'T APPREACIATE VIOLATIONS OF PRIVACY WITH INQUIRES. BEING STRONG ARMED. THERE WILL BE NO PERSONAL AGENDAS, CONFLICTS OF INTEREST AGAINST ME. GASLIGHTING. I DONT TOLERATE ANY MUD SLINGING OR SILVER-BULLETS. I WILL STAND MY GROUND AS A LIVING MAN.

IM AGAINST ANY UNCONSTITUTIONAL PRACTICES, POLICIES OR PROCEDURES. (TITLE 18 U.S.C. SEC. 2381). OR ANY UNCONSTITUTIONAL CODES, RULES, AND REGULATIONS. [RODRIGUES V. DONAVON (US DEPARTMENT OF LABOR) 769 F. (2D) 1344,1348 (1985).1]. ANYTHING NOTWITHSTANDING IN LAW, IS A VIOLATEION UNDER THE COLOR OF LAW.

TO ANYONE WHO ATTACKS MY FAMILY, I WILL HOLD YOU LIABLE BY BOND, PROSECUTED FOR CRIMES AND VIOLATIONS, SUCH AS RACKETEERING. (ARTICLE 3 SEC. 2 PHILIPPINE CONSTITUTION 1987). (5 U.S.C SS 3331-OATH OF OFFICE).

EVERYTHING IS TACIT WITH ARTIFICIAL LANGUAGE. LINGUISTIC WITCHCRAFT. FRAUDULANT CONVEYENCE OF LANGUAGE WICH IS A FEDERAL CRIME, IDENTY THEFT. USEING LANGUAGE TO CAPTURE. A VERB IS EVERYTHING THAT IS LIVING.

I AM NOT AN OBJECT OR COMODITY. SAM CLONINGER IS THE PERSONA, NOT I.

LANGUAGE IN GRADE SCHOOL IS NOT THE SAME LANGUAGE IN LAW.

EQUIVICLE WORDS IN LAW ARE DEFINED IN BLACKS-LAW-DICTIONARYS.

WHEN YOU DO THE VIOLATION ON LANGUAGE TO FOOL THE PEOPLE, YOU'VE LIED, AS PRETENDING TO BE A PUBLIC FIGURE AND THEN TELLING LIES TO THE PEOPLE. WICH IS A CRIMINAL ACT IN EVERY LANGUAGE AILING CORRUPTION FROM THE BEGEINING. ENTRAPMENT. SLAVER ENGLISH.

TWISTING OF LANGUAGE IS UNWORTHY OF A JUDGE OR AGENT.

INFLEXION DEPLETING FAMILY VALUES TO RUIN. I WILL HAVE JUSTICE, I WILL STATE ON AND FOR THE RECORD, ON THE FACE OF THE COURT RECORD. IF I MUST.

IT IS ILLEGAL TO OWN PEOPLE, CHILDREN ARE NOT CURRENCY FOR FEDERAL FUNDING.

DO NOT CHARGE PROFFIT AGAINST ME.

ORIGIONALY, IN A COURT CONFERENCE ROOM RUSHED SHORTLY BEFORE COURT. THE ORIGINAL CASE WORKER INFLICT, INFLUENCE "IF I DIDNT GO ALONG WITH WHAT THE JUDGE ORDERD AND CAUSED ANY PROBLEMS, HE WOULD MAKE IT HARD ON ME." TO ENTRAP INTO CONTRACT WHITCH WAS STATED VERBALLY, UNCLEAR WITHOUT FULL DISCLOSURE. FILCH. RECEIVING A COPPY AFTER SIGNATURES. ILLICIT CONDUCT. ROBBERY. ENGINEERED FRAUD. MANIPULATED OUT OF MY RIGHTS. GENDER BIGITTRY IN THE FAMILY COURT SYSTEM. IM WOUNDED.

THE ONLY WITNESS WAS THE OBLIGEE, I WAS IN DISTRESS. NO MUTUAL ASSENT. ABSOLVE MY SERVITUDE, FORFEITE AND SUBROGATE. CONFLICT OF INTEREST UNDER (TITLE IV-D).

CONFOUNDED WITHOUT LITERACY, I UNKNOWINGLY WAVED MY RIGHTS TO MINIMIZE THE DAMAGE DONE TO ME. I WAS LOOTED, DEPRIVED OF RIGHTS THROUGH DECEIT AND GILE. TAKEN AVANTAGE BY THE CASE WORKER.

IN MY OPINION "SLAVER PREDETERMINED ENTRAPMENT OF PERSONAL JURISDICTION", INCENTIFIED TO BLOCK ACCESS AND VISITATION INORDER TO MAXIMISE FINANCIAL VALUE. WARD TRAFFIC OF MY DAUGHTER TO THE STATE OF ALASKA. VIOLATION. (TITLE 18 U.S.C. SS 241). FORCED CONTRACT. NULLIUS-JURIS, OF NO LEGAL FORCE.

THE ORIGINAL JUDGE ORDERED CUSTODY AND CHILD SUPPORT IN THE SAME COURT CASE. AGGREGATION OF JURISDICTIONAL AMOUNT, DERIVED FROM COERCED CONTRACT. I AM NOT A SUBJECT UNDER JURISDICTION. REDRESS. DON'T CONSPIRE.

STATUTES OR ANYTHING THAT IS IN CONFLICT, WITH THE CONSTITUTION OF THE UNITED STATES OF AMERICA IS NULL AND VOID IN LAW. NEVER VALID THEREFOR NO LEGAL EFFECT.

PAGE **9** OF **33**

DELEGATA-PROTESTAS-NON-PROTEST-DELEGARI, NO DELEGATED POWERS CAN BE FURTHER DELEGATED. RIGHT TO REFUSE ANY SERVICE.

FLAGITIOUS, THE COURT IS AT FAULT ACTING IN MERITIME LAW AND PRETENDING OTHERWISE, HAVE ACCEPTED UNILATERAL CONTRACTS AS VALID AND DO NOT REQUIRE PROOF OF ANY VALID MARITIME JURISDICTION INORDER TO INVEST COURT CASES WITH THE COURT REGISTRY INVESTMENT SYSTEM TO DEPOSIT SECURITIES WITH THE FEDERAL RESERVE BANK. USING, COURT CASE U.S TREASURY PUBLIC DEBT NUMBER ASSIGNED. A DOCKET NUMBER FOR STATE COURTS, CASE NUMBER FOR DISTRIC COURTS THIS MAKES EVERY COURT-CASE A SECURITIZED FINANCIAL TRANSACTION AFTER THE PUBLIC DEBT NUMBER IS ISSUED. WHICH CONVERTS A COURT CASE INTO A COUNTERFEIT OBLIGATION. (18 U.S.C. 472 SEQUENCE 473 & 474). COUNTERFEIT OF THE SAME OBLIGATION DONE BY THE COURT ADMINISTRATOR. A WORKING COURT BANK, CASTING DEBTORS. WITH INVESTED INTEREST. INSIDERS TRADING IN COMPLETE AND UTTER VIOLATION OF JUDICIAL CANNONS. THEY CANNOT ACT WITHOUT BIAS WHEN THE QUANTITY AND QUALITY OF THEIR SALARIES, BENEFITS AND RETIREMENT PACKAGES ARE SITTING IN THE DOCKET EVERY DAY AWAITING THEIR INVESTMENT. A FEUDAL SYSTEM. VIOLATION. (TITLE 28 U.S.C. SS 453) WITH ILLEGAL PAYMENT. (28 U.S.C. SS 455), (TITLE 28 U.S.C. SS 144).

JUDICIAL RETIREMENT FUND IS FUNDED BY CHILD SUPPORT. MORE CHILD SUPPOPRT ISSUED FROM FAMILY COURTS THE LARGER THE JUDICIAL RETIREMENT, HUGE INCENTIVES. A FAILED FAMILY COURT SYSTEM THAT OVER LOOKS PURJURY AND PROMOTES PARENTAL ALIENATION, THAT UNDERMINDS AND ELEAVEATE PARTS OF THE CONSTITUTION.

WHEN EVER A JUDGE ACTS WHARE HE/SHE DOSE NOT HAVE JURISDICTION TO ACT, THE JUDGE IS ENGAGED IN AN ACT OR ACTS OF TREASON. [U.S. V. WILL, 449 U.S. 200, 216, 101 S. CT. 471, 66 L. ED. 2D 392,406 (1980); COHENS V. VIRGINIA, 19 U.S. (6 WHEAT) 264,404, 5 L. ED. 257 (1821)].

ANY JUDGE OR ATTORNEY WHO DOSE NOT REPORT THE ABOVE JUDGES FOR TREASON AS REQUIRED BY LAW, MAY THEMSELVES BE GUILTY OF MISPRISION OF TREASON. (18 U.S.C. SECTION 2382).

ALSO SEE PAGE ON HOW TO DEAL WITH A BAD JUDGE, SUING A JUDGE AND JUDICIAL IMMUNITY.

IF I WAS A RIGHTEOUS JUDGE, UNBIASED ORBITER UNNDER CODE OF JUDICIAL CONDUCT. I WOULD THEREFORE BE FURIOUS CONCERNING ENTRAPMENT OF ONYONE INTO JURISDICTION TO BE JUDGED, THENCEFORTH VIOLATION OF HIS ORDER AFTER THE FACT. DISGRACE OF HIS HONOR. CORRECTOR, I QUESTION.

Case 3:23-cv-00109-SLG   Document 1   Filed 05/09/23   Page 10 of 36

JUDGE CORRECTLY WITH RIGHT JUDGEMENT, BY JUDGEING JUSTLY INORDER TO MAKE A RIGHTEOUS JUGEMENT. DISCERN, HONORABLY ON THE RECORD.

THERE EVERY MAN IS INMDEPENDENT OF ALL LAWS, EXCEPT THOSE PRESCRIBED BY NATURE. HE IS NOT BOUND BY ANY INSTITUTIONS FORMED BY HIS FELLOWMAN WITHOUT HIS CONSENT. [CRUDEN V NEALE 2NC 388(1796) 2 SEC. 70].

THERE ARE NO JUDICIAL COURTS IN AMERICA AND HAVE NOT BEEN SINCE 1789 OR JUDGES. JUDGES DO NOT ENFORCE STATUTES AND CODES. EXECUTIVE ADMINISTRATORS ENFORCE STATUTES AND CODES. [(FRC V. GE, 281 U.S. 464), (KELLER V. POTOMAC ELEC. CO., 261 U.S. 428 1 STAT. 138-178)].

THE SUPREME COURT HAS WARNED, BECAUSE OF WHAT APPEARS TO BE LAWFUL COMMANDS (STATUTORY RULES, REGULATIONS AND CODES, ORDINANCES AND RESTRICTIONS.) ON THE SURFACE, MANY CITIZENS, BECAUSE OF THEIR RESPECT FOR WHAT APPEARS TO BE LAW, ARE CONNINGLY COERCED INTO WAVEING THEIR RIGHTS, DUE TO IGNORANCE. DECEPTIVE PRACTICES, CONSTRUCTIVE FRAUD, BATTERY, LEGAL PLUNDER. [UNITED STATES V. MINKER, 350 U.S. 17976 S.CT. 281, L.ED. 185 (1956)].

THE COMMON LAW IS THE REAL LAW, SUPREME LAW OF THE LAND.

THE PARTICULAR PHRASECOLOGY OF THE CONSTITUTION OF THE UNITED STATES CONFIRMS AND STRENGTHENS THE PRINCIPLE, SUPPOSED TO BE ESSENTIAL TO ALL WRITTEN CONSTITUTIONS, THAT A LAW REPUGNANT TO THE CONSTITUTION IS VOID, AND THAT COURTS, AS WELL AS OTHER DEPARTMENTS, ARE BOUND BY THAT INSTRUMENT. IN DECLARING WHAT SHALL BE THE SUSPREME LAW OF THE LAND, THE CONSTITUTION ITSELF IS FIRST MENTIONED; AND NOT THE LAWS OF THE UNITED STATES GENERALLY, BUT THOSE ONLY WHICH SHALL BE MADE IN PERSUANCE OF THE CONSTITUTION, HAVE THAT RANK.

SINCE THE 14TH AMENDMENT TO THE CONSTITUTION STATES NO STATE OR JURISDICTION SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE RIGHTS, PRIVILEGES, OR IMMUNITYS OF CITIZENS OF THE UNITED STATES NOR DEPRIVE ANY CITIZENS OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW, OR EQUAL PROTECTION UNDER THE LAW. THIS RENDERS JUDICIAL IMMUNITY UNCONSTITUTIONAL. [MARBURY V. MADISON, 5 U.S. (2 CRANCH) 137, 180 (1803)].

Case 3:23-cv-00109-SLG   Document 1   Filed 05/09/23   Page 11 of 36

WHARE THERE IS NO JURISDICTION, THERE CAN BE NO DISCRETION, FOR DISCRETION IS INCIDENT TO JURISDICTION. [PIPER V. PEARSON, 2 GRAY 120, CITED IN BRADLEY V. FISHER, 13 WALL. 335, 20 L. ED. 646 (1872)].

IN 1996 CONGRESS PASSED A LAW TO OVERCOME THIS RULING WHICH STATED THAT JUDICIAL IMMUNITY DOSNT EXIST. CITIZENS CAN SUE JUDGES FOR PROSPECTIVE INJUNCTIVE RELIEF. OUR OWN EXPERIENCE IS FULLY CONSISTENT WITH THE COMMON LAWS REJECTION OF A RULE OF JUDICIAL IMMUNITY. AT LEAST SEVEN CIRCUITS HAVE INDICATED AFFIRMATIVELY THAT THERE IS NO IMMUNITY TO PREVENT IRREPARABLE INJURY TO A CITIZEN'S CONSTITUTIONAL RIGHTS. [PULLIAM V. ALLEN, 466 U.S. 522 (1984); 104 S. CT. 1781, 1980, 1981 AND 1985].

NO JUDICIAL PROCESS, WHATEVER FORM IT MAY ASSUME, CAN HAVE ANY LAWFUL AUTHORITY OUTSIDE OF THE LIMMITS OF THE JURISDICTION OF THE COURT OR JUDGE BY WHOM IT IS ISSUED AND AN ATTEMPT TO ENFORCE IT BEYOND THESE BOUNDARIES IS NOTHING LESS THAN LAWLESS VIOLANCE. [ABLEMAN V. BOOTH, 21 HOWARD 506 (1859)].

DUE TO SLOTH, INATTENTION OR DESIRE TO SEIZE TACTICAL AVANTAGE, LAWYERS HAVE LONG ENGAGED IN DILATORY PRCATICES. THE GLACIAL PACE OF LITIGATION BREEDS FRUSTRATION WITH THE FEDERAL COURTS AND ULTIMATELY, DISRESPECT FOR LAW. [ROADWAY EXPRESS V. PIPE, 447 U.S. 752 AT 757 (1982)].

THERE CAN BE NO SANCTION OR PENALITY IMPOSED UPON ONE BECAUSE OF HIS EXERCISE OF CONSTITUTIONAL RIGHTS. [SHERAR V. CULLEN, 481 F. 2D 946 (1973)].

THE PRACTICE OF LAW CANNOT BE LICENSED BY ANY STATE. (SCHWARE V. BOARD OF EXAMINERS, UNITED STATE REPORTS 353 U.S. PAGES 238,239.)

DUE PROCESS OF LAW AND THE EQUAL PROTECTION OF THE LAWS ARE SECURED IF THE LAWS OPPERATE ON ALL ALIKE, AND DO NOT SUBJECT THE INDIVIDUAL TO AN ARBITRARY EXERCISE OF THE POWERS OF GOVERNMENT. [DUNCAN V. MISSOURI, 152 U.S. 377, 382(1894)].

UNDOUBTEDLY IT THE FOURTEENTH AMENDMENT FORBIDS ANY ARBITRARY DEPRIVATION OF LIFE, LIBERTY, OR PROPERTY, AND SECURES EQUAL PROTETION TO ALL UNDER CIRCUMSTANCES IN THE ENJOYMENT OF THEIR RIGHTS. IT IS ENUF THAT THERE IS NO DISCRIMINATION IN FAVOR OF ONE AS AGAINST ANOTHER OF THE SAME CLASS. AND DUE PROCESS OF LAW WITHIN THE MEANING OF THE FITH AND FOURTEENTH

AMENDMENT IS SECURED IF THE LAWS OPPERATE ON ALL ALIKE AND DO NOT SUBJECT THE INDIVIDUAL TO AN ARBITRARY EXERCISE OF THE POWERS OF GOVERNMENT. [GIOZZA V. TIERNAN, 148 U.S. 657, 662 (1893), CITATIONS OMITTED].

THE RULE OF EQUALITY REQUIRES THE SAME MEANS AND METHODS TO BE APPLIED IMPARTIALLY TO ALL THE CONSTITUENTS OF EACH CLASS, SO THAT THE LAW SHALL OPERATE EQUALLY AND UNIFORMLY UPON ALL PERSONS IN SIMILAR CIRCUMSTANCES. [KENTUCKY RAILROAD TAX CASES, 115 U.S. 321, 337 (1885)].

GOVERNMENT, FROM THE HIGHEST TO THE LOWEST, ARE CREATURES OF THE LAW ARE BOUND TO OBEY IT.

IT IS THE ONLY SUPREME POWER IN OUR SYSTEM OF GOVERNMENT, AND EVERY MAN WHO, BY ACCEPTING OFFICE PARTICIPATES IN ITS FUNCTIONS, IS ONLY THE MORE STRONGLY BOUND TO SUBMIT TO THAT SU-PREMACY, AND TO OBSERVE THE LIMITATIONS WHICH IT IMPOSES ON THE EXERCISE OF THE AUTHORITY WHICH IT GIVES. [DUNCAN V. BRADLEY, NO. 01-5529 (9 CIRC., 12-24-02)].

ELEVENTH AMENDMENT DOSE NOT PROTECT STATE OFFICIALS FROM CLAIMS FOR PROSPECTIVE RELIEF WHEN IT IS ALLEGED THAT STATE OFFICIALS ACTED IN VIOLATION OF FEDERAL LAW. [WARNOCK V. PECOS COUNTY, TEXAS, 88 F3D 341 (5TH CIR. 1996)].

DISMISSAL OF SUIT. NOTE. (COPIED VERBIAGE, I AM NOT A LAWER). IT CAN BE ARGUED THAT TO DISMISS A CIVIL RIGHTS ACTION OR OTHER LAWSUIT IN WHICH A SERIOUS FACTUAL PATTERN OR ALLEGATIONS OF A CAUSE OF ACTION HAS BEEN MADE WOULD ITSELF BE VIOLATING OF PROCEDURAL DUE PROCESS AS IT WOULD DEPRIVE A PRO SE LITIGANT OF EQUAL PROTECTION OF THE LAW VIS A VIS A PARTY WHO IS REPRE-SENTED BY COUNSEL.

ALSO, SEE FEDERAL RULES OF CIVIL PROCEDURE, RULE 60 – RELIEF FROM JUDGEMENT OR ORDER (A) CLERI-CAL MISTAKES AND (B) MISTAKES; INADVERTENCE; EXCUSABLE NEGLECT; NEWLY DISCOVERED EVIDENCE; FRAUD, ETC.

IN A MOTION TO DISMISS, THE MATERIAL ALLEGATIONS OF THE COMPLAINT ARE TAKEN AS AMMITTED. FROM THIS VANTAGE POINT, COURTS ARE RELUCTANT TO DISMISS COMPLAINTS UNLESS IT APPEARS THE PLAINTIFF CAN PROVENO SET OF FACTS IN SUPPORT OF HIS CLAIM WHICH WOULD ENTITLE HIM TO RELIEF [SEE COLEY V. GIBSON, 355 U.S. 41 (1957)], [WALTER PROCESS EQUIPMENT V. FOOD MACHINERY, 382 U.S. 172 (1965)].

WHARE RIGHTS SECURED BY THE CONSTITUTION ARE INVOLVED, THERE CAN BE NO RULE MAKING OR LEGIS-LATION WHICH WOULD ABROGATE THEM. [COCHRAN V. KANSAS, 316 U.S. 255, 257-258 (1942)].

AN UNCONSTITUTIONAL ACT IS NOT LAW; IT CONFERS NO RIGHTS; IT IMPOSES NO DUTIES; AFFORDS NO PROTECTION; IT CREATES NO OFFICE; IT IS IN LEGAL CONTEMPLATION, AS INOPERATIVE AS THOUGH IT HAD NEVER BEEN PASSED. (NORTON V. SHELBY COUNTY, 118 U.S. 425 P. 442).

IN OUR COUNTRY THE PEOPLE ARE SOVEREIGN AND THE GOVERNMENT CANNOT SEVER ITS RELATIONSHIP TO THEM BY TAKEING AWAY THEIR CITIZENSHIP. [PEREZ V. BROWNELL, 356 U.S. 44, 7; 8 S. CT. 568, 2 L. ED. 2D 603 (1958)].

THE CALIM AND EXERCISE OF A CONSTITUTIONAL RIGHT CANNOT BE CONVERTED INTO A CRIME, A DENIAL OF THEM WOULD BE A DENIAL OF DUE PROCESS OF LAW. [SIMMONS V. UNITED STATES, 390 U.S. 377 (1968)].

NO MAN OR WOMAN IN THIS COUNTRY IS SO HIGH THAT HE IS ABOVE THE LAW. NO OFFICER OF LAW MAY SET THAT LAW AT DIFIANCE WITH IMPUNITY. ALL THE OFFICERS OF THE GOVERNMENT FROM THE HIGHEST TO THE LOWEST, ARE CREATURES OF THE LAW, AND ARE BOUNDED TO OBEY IT. [BUTZ V. ECONOMOU, 98 S. CT. 2894 (1978); UNITED STATES V. LEE, 106 U.S. AT 220, 1 S. CT. AT 261 (1882)].

THE PLAINTIFFS CIVIL RIGHTS PLEADING WAS 150 PAGES AND DESCRIBED BY A FEDERAL JUDGE AS INEPT. NEVERTHELESS, IT WAS HELD WHARE A PLAINTIFF PLEADS PRO SE IN A SUIT FOR PROTECTION OF CIVIL RIGHTS, THE COURT SHOULD ENDEAVOR TO CONSTRUE PLAINTIFF'S PLEADINGS WITHOUT REGUARD TO TECHNICALITIES.

IT WAS HELD THAT PRO SE COMPLAINT REQUIRES A LESS STRINGENT READING THAN ONE DRAFTED BY A LAWER PER JUSTICE BLACK, (CONLEY V. GIBSON). [PUCKETT V. COX, 456 F. 2D 233 (1972) (6TH CIR. USCA)].

THE PRACTICE OF LAW IS AN OCCUPATION OF COMMON LAW RIGHT. [SIMS V. ATHENS, 271 SW 720 (1925)].

NOWHARE CAN BE FOUND A COMPETENT ATTORNEY THAT IS ABLE TO EXECUTE THE PROPER REMEDY WITH-OUT EMBARRASSING THE COURT. (CORPUS JURIS SECUNDUM 2D VOL. 7 SECTION 25).

A JUDGE IS NOT IMMUNE FOR TORTIOUS ACTS COMMITED IN PURELY ADMINISTRATIVE, NON-JUDICIAL CA-PACITY. [MIRELES V. WACO, 112 S. CT. 286 AT 288 (1991).

NOTE BY LAW, A JUDGE IS A STATE OFFICER. THE JUDGE THEN ACTS NOT AS A JUDGE, BUT AS A PRIVATE IN-DIVIDUAL IN HIS PERSON, WHEN A JUDGE ACTS AS A TRESPASSER OF THE LAW, WHEN A JUDGE DOSE NOT FOLLOW THE LAW, THE JUDGE LOOSES SUBJECT MATTER JURISDICTION AND THE JUDGES ORDERS ARE NOT VOIDABLE, BUT VOID, AND OF NO LEGAL FORCE OR EFFECT. THE U.S. SUPREME COURT STATED THAT, WHEN

A STATE OFFICER ACTS UNDER STATE LAW IN A MANNER VIOLATIVE OF THE FEDERAL CONSTITUTION, HE IS IN THAT CASE STRIPED OF HIS OFFICIAL OR REPRESENTATIVE CHARACTER AND IS SUBJECTED IN HIS PERSON TO THE CONSEQUENCES OF HIS INDIVIDUAL CONDUCT. THE STATE HAS NO POWER TO IMPART TO HIM ANY IMMUNITY FROM RESPONSIBILITY TO THE SUPREAME AUTHORITY OF THE UNITED STATES. [SCHEUER V. RHODES, 416 U.S. 232, 94 S. CT. 1683, 1687 (1974)].

SOME DEFENDANTS URGE THAT ANY ACT OF A JUDICIAL NATURE ENTITLES THE JUDGE TO ABSOLUTE JURIS-DICTION IMMUNITY. BUT IN A JURISDICTIONAL VACCUME, THAT IS ABSENCE OF ALL JURISDICTION, THE SEC-OND NECESSARY TO ABSOLUTE JUDICIAL IMMUNITY IS MISSING. (STUMP V. SPARKMAN, ID., 435 U.S. 349).

THE ASSERTION OF FEDERAL RIGHTS, WHEN PLAINLY AND REASONABLY MADE, ARE NOT TO BE DEFEATED UNDER THE NAME OF LOCAL PRACTICES. (DAVIS V. WECHLER, 263 U.S. 22, 24; STROMBERB V. CALIFORNIA, 283 U.S. 359; NAACP V. ALABAMA, 375 U.S. 449).

THE RIGHT TO FILE A LAWSUIT PRO SE IS ONE OF THE MOST IMPORTANT RIGHTS UNDER THE CONSTITUTION AND LAWS. [ELMORE V. MCCAMMON (1986) 640 F. SUPP. 905].

PLEADINGS ARE INTENDED TO SERVE AS A MEANS OF ARRIVING AT FAIR AND JUST SETTLEMENTS OF CON-TROVERSIES BETWEEM LITIGANTS. THEY SHOULD NOT RAISE BARRIERS WHICH PREVENT THE ACHIEVEMENTS OF THAT END. PROPER PLEADINGS IS IMPPORTANT, BUT ITS IMPORTANCE CONSISTS IN ITS EFFECTIVENESS AS A MEANS TO ACCOMPLISH THE END OF A JUST JUDGEMENT. [MATY V. GRASSELLI CHEMICAL CO., 303 U.S. 197 (1938).

IF THE STATE CONVERTS A RIGHT (LIBERTY) INTO A PRIVILEGE, THE CITIZEN CAN IGNORE THE LICENSE AND FEE AND INGAGE IN THE RIGHT (LIBERTY) WITH IMPUNITY. (PICKETING V. PENNSYLVANIA RAILWAY, 151 F. 2D. 240, THIRD CIRCUIT COURT OF APPEALS).

RIGHT TO PETITION, FREEDOM OF ASSOCIATION. (UNITED STATES CONSTITUTION, FIRST AMENDMENT).

PROBABLE CAUSE TO SEARCH- PROVIDES DETAILS ON HOW TO DETERMAIN IF A CRIME HAS BEEN OR IS BE-ING COMMITED. [BRINEGAR V. U.S., 338 U.S. 160 (1949)].

PROBABLE CAUSE TO SEARCH- PROVIDES DETAILS ON THE BELIEF THAT SEIZABLE PROPERTY EXISTS IN A PAR-TICULAR PLACE OR ONA PARTICULAR PERSON. [CARROL V. U.S., 267 US 132 (1925).

PROBABLE CAUSE IS WHARE KNOWN FACTS AND CIRCUMSTANCES, OF A REASONABLY TRUSTWORTHY NA-TURE, ARE SUFFICIENT TO JUSTIFY A MAN OF REASONABLE CAUTION IN THE BELIEF THAT A CRIME HAS BEEN

Case 3:23-cv-00109-SLG   Document 1   Filed 05/09/23   Page 15 of 36

OR IS BEING COMMITTED. REASONABLE MAN DEFINITION; COMMON TEXTBOOK DEFINITION; COMES FROM THIS CASE. [DAPPER V. U.S. (1959)].

LOSS OF FIRST AMENDMENT FREEDOMS, FOR EVEN A MINIMAL PERIODS OF TIME, UNQUESTIONABLY CONSTITUTES IRRREPARABLE INJURY. [ELROD V. BURNS, 427 U.S. 347; 6 S. CT. 2673; 49 L. ED. 2D (1976)].

WHEN A JUDICIAL OFFICER ACTS ENTIRELY WITHOUT JURISDICTION OR WITHOUT COMPLIANCE WITH JURISDICTION REQUISITES HE MAY BE HELD CIVILLY LIABLE FOR ABUSE OF PROCESS EVEN THOUGH HIS ACT INVOLVED A DECISION MADE IN GOOD FAITH, THAT HE HAD JURISDICTION. [U.S. FIDELITY & GUARANTY CO., 217 MISS. 576, 64 SO. 2D697].

WHEN A JUDGE KNOWS THAT HE LACS JURISDICTION, OR ACTS IN THE FACE OF CLEARLY VALID STATUTES EXPRESSLY DEPRIVEING HIM OF JURISDICTION, JUDICIAL IMMUNITY IS LOST. (ZELLER V. RANKIN, 101 S. CT. 2020, 415 U.S. 939, 68 L. ED. 2D 326).

NOTE, IT IS A FACT OF LAW THAT THE PERSON ASSERTING JURISDICTION MUST, WHEN CHALLENGED, PROVE THAT JURISDICTION EXISTS; MORE GOOD FAITH ASSERTIONS OF POWER AND AUTHORITY (JURISDICTION) HAVE BEEN ABOLISHED.

THE UNITED STATES DISTRIC COURT IN NOT A TRUE UNITED STSTES COURT, ESTABLISHED UNDER ARTICLE 3 OF THE CONSTITUTION TO ADMINISTER THE JUDICIAL POWER OF THE UNITED STATES THEREIN CONVEYED. IT IS CREATED BY VIRTUE OF THE SOVEERIGN CONGRESSIONAL FACULTY, GRANTED UNDER ARTICLE 4, 3, OF THAT INSTRUMENT, OF MAKING ALL NEEDFUL RULES AND REGULATIONS RESPECTING THE TERRITORY BELONGING TO THE UNITED STATES. THE RESEMBLANCE OF IT JURISDICTION TO THAT OF THE TRUE UNITED STATES COURTS, IN OFFERING AN OPPORTUNITY TO NONRESIDENTS OF RESOURTING TO A TRIBUNAL NOT SUBJECT TO LOCAL INFLUENCES, DOSE NOT CHANGE ITS CHARACTER AS A MERE TERRITORIAL COURT. [ALBRECHT V. U.S. BALZAC V. PEOPLE OF PUERTO RICO, 258 U.S. 298 (1922)].

ANY JUDGE WHO DOSE NOT COMLPY WITH HIS OATH TO THE CONSTITUTION OF THE UNITED STATES, WARS AGAINST THAT CONSTITUTION AND ENGAGES IN ACTS IN VIOLATION OF THE SUPREME LAW OF THE LAND. THE JUDGE IS ENGAGED IN ACTS OF TREASON. THE U.S. SUPREME COURT HAS STATED THAT NO STATE OR LEGISLATOR OR EXECUTIVE OR JUDICIAL OFFICER CAN WAR AGAINST THE CONSTITUTION WITHOUT VIOLATEING HIS UNDERTAKEING TO SUPPORT IT. [COOPER V. AARON, 358 U.S. 1, 78 S. CT. 1401 (1958)]. SEE ALSO IN (RE SAWER, 124 U.S. 200 (188); U.S. V. WILL, 449 U.S. 200, 216, 101 S. CT. 471, 66 L. ED. 2D 393, 406 (1980); COHENS V. VIRGINIA, 19 U.S. (6 WHEAT) 264, 404, 5 L. ED. 257 (1821)].

UNDER FEDERAL LAW, WHICH IS APPLICABLE TO ALL STATES, THE U.S. SUPREME COURT STATED THAT IF A COURT IS WITHOUT AUTHORITY, ITS JUDGEMENTS AND ORDERS ARE REGUARDED AS NULLITIES.THEY ARE NOT VOIDABLE, BUT SIMPLY VOID, AND FROM NO BAR TO A RECOVERY SOUGHT, EVEN PRIOR TO A REVERSAL IN OPPOSITION TO THEM. THEY CONSTITUTE NO JURISDICTION AND ALL PERSONS CONCERNED IN EXECUTING SUCH JUDGEMENTS OR SENTANSES ARE CONSIDERED, IN LAW, AS TRESPASSERS. [BASSO V. UPL, 495 F. 2D 906; BROOK V. YAWKEY, 200 F. 2D 633; ELLIOT V. PIERSOL, 1 PET. 328, 340, 26 U.S. 328, 340 (1828)].

FEDERAL LAW AND SUPREME COURT CASES APPLY TO STATE COURT CASES. [GRIFFIN V. MATHEWS, 310 SUPP. 341, 423 F. 2D 272; HAGANS V. LAVINE, 415 U.S. 357 (1990)].

THE FEDERAL GOVERNMENT MAY NEITHER ISSUE DIRECTIVES REQUIREING THE STATES TO ADDRESS PARTICULAR PROBLEMS, NOR COMMAND THE STATES OFFICERS, OR THOSE OF THEIR POLITICAL SUBDIVISIONS, TO ADMINISTER OR ENFORCE A FEDERAL REGULATORY CASE WEIGHING OF THE BURDENS OR BENEFITS IS NECESSARY; SUCH COMMANDS ARE FUNDAMENTALLY INCOMPATIBLE WITH OUR CONSTITUTIONAL SYSTEM OF DUAL SOVEREINTY. (LOUISVILLE & N.R. CO. V. MOTTLEY, 211 U.S. 149; MACK V. UNITED STATES, 07-27-97, JUSTICE ANTONIN SCALIA)

ACTS IN EXCESS OF JUDICIAL AUTHORITY CONSTITUTES MISCONDUCT, PARTICULARLY WHARE A JUDGE DELIBERATELY DISREGARDS THE REQUIREMENTS OF FAIRNESS AND DUE PROCESS. [CANNON V. COMMISSION ON JUDICIAL QUALIFICATIONS, (1975) 14 CAL. 3D 678, 694].

SOCIETYS COMMITMENT TO INSTITUTIONAL JUSTICE REQUIRES THAT JUDGES BE SOLICITOUS OF THE RIGHTS OF A PERSON WHO COME BEFORE THE COURT. [GEILER V. COMMISSION ON JUDICIAL QUALIFICATIONS, (1975) 14 CAL. 3D 270, 286].

ACTS IN EXCESS OF JUDICIAL AUTHORITY CONSTITUTES MISCONDUCT, PARTICULARLY WHARE A JUDGE DELIBERATELY DISREGUARDS THE REQUIREMENTS OF FAIRNESS AND DUE PROSCESS. [GONZALEZ V. COMMISSION ON JUDICIAL PERFORMANCE, (1983) 10 CAL. 3D 359, 371, 374].

CRIME IS CONTAGIOUS. IF THE GOVERNMENT BECOMES A LAWBREAKER, IT BREEDS CONTEMPT FOR LAW; IT INVITES EVERY MAN TO BECOME A LAW UNTO HIMSELF; IT INVITES ANARCHY. [OLMSTAD V. UNITED STATES, (1928) 277 U.S. 438].

THE INNOCENT INDIVIDUAL WHO IS HARMED BY AN ABUSE OF GOVERNMENTAL AUTHORITY IS ASSURED THAT HE WILL BE COMPENSATED FOR HIS INJURY. (OWEN V. CITY OF INDEPENDENCE).

I DO NOT UNDERSTAND THE GOVERNMENT TO CONTEND THAT IT IS ANY LESS BOUNDED BY THE OBLIGATION THAN A PRIVATE INDIVIDUAL WOULD BE. IT IS NOT THE FUNCTION OF OUR GOVERNMENT TO KEEP THE CITIZEN FROM FALLING INTO ERROR; IT IS THE FUNCTION OF THE CITIZEN TO KEEP THE GOVERNMENT FROM FALLING INTO ERROR. (PERRY V. UNITED STATES, 204 U.S. 330, 358).

BEFORE SENDING A PERSON TO JAIL FOR CONTEMPT OR IMPOSEING A FINE, JUDGES ARE REQUIRED TO PROVIDE DUE PROCESS OF LAW, INCLUDE STRICT ADHERENCE TO THE PROCEDURAL REQUIREMENTS CONTAINED IN THE CODE OF CIVIL PROCEDURE. IGNORANCE OF THESE PROCEDURES IS NOT A MULTIGATING BUT AN AGGRAVATING FACTOR. [RYAN V. COMMISSION ON JUDICIAL PERFORMANCE, (1988) 45 CAL. 3D 518, 533].

IT MAY BE THAT IT IS THE OBNOXIOUS THING IN ITS MILDEST FORM; BUT ILLEGITIMATE AND UNCONSTITUTIONAL PRACTICES GET THEIR FIRST FOOTING IN THAT WAY; NAMELY, BY SILENT APPROACHES AND SLIGHT DEVIATIONS FROM LEGAL MODES OF PROCEDURE. THIS CAN ONLY BE OBVIATED BY ADHEARING TO THE RULE THAT CONSTITUTIONAL PROVISIONS FOR THE SECURITY OF PERSONS AND PROPERTY SHOULD BE LIBERALLY CONSTRUED. A CLOSE AND LITERAL CONSTRUCTION DEPRIVES THEM OF HALF THEIR EFFICACY, AND LEADS TO GRADUAL DEPRECIATION OF THE RIGHT, AS IF IT CONSISTED MORE IN SOUND THAN IN SUBSTANCE. IT IS THE DUTY OF THE COURTS TO BE WATCHFUL FOR THE CONSTITUTIONAL RIGHTS OF THE CITIZENS, AND AGAINST ANY STEALTHY ENCROACHMENTS THEREON. THEIR MOTTO SHOULD BE OBSTA PRINCIPIIS. [BOYD V. UNITED, 116 U.S. 616 AT 635 (1885)].

IT WILL BE AN EVIL DAY FOR AMERICAN LIBERTY IF THE THEORY OF A GOVERNMENT OUTSIDE SUPREME LAW FINDS LODGEMENT IN OUR CONSTITUTIONAL JURISPRUDENCE. NO HIGHER DUTY RESTS UPON THIS COURT THAN TO EXERT ITS FULL AUTHORITY TO PREVENT ALL VIOLATIONS OF THE PRINCIPLES OF THE CONSTITUTION. [DOWNS V. BIDWELL, 182 U.S. 244 (1901)].

CONSTITUTIONAL RIGHTS WOULD BE OF LITTLE VALUE IF THEY COULD BE INDIRECTLY DENIED. [GOMILLION V. LIGHTFOOT, 364 U.S. 155 (1966), CITED ALSO IN SMITH V. ALLWRIGHT, 321 U.S. 649.644].

SUPREME COURT JUSTICE FILELD, THERE IS NO SUCH THING AS A POWER OF INHEARENT SOVEREIGNTY IN THE GOVERNMENT OF THE UNITED STATES. IN THIS COUNTRY, SOVEREIGNITY RESIDES IN THE PEOPLE, AND CONGRESS CAN EXERCISE POWER WHICH THEY HAVE NOT, BY THEIR CONSTITUTION, ENTRUSTED TO IT. ALL ELSE IS WITHHELD. [JULIARD V. GREEMAN, 110 U.S. 421 (1884)].

ALL RIGHTS AND SAFEGUARDS CONTAINED IN THE FIRST EIGHT AMENDMENTS TO THE FEDERAL CONSTITUTION ARE EQUALLY APPLICABLE. (MALLOWY V. HOGAN, 378 U.S. 1).

ALL DEBTS ARE UNITED STATES OBLIGATIONS. (TITLE 18 U.S.C. SEC. 3123).

DECORUM.

I SEPARATE, HIS FROM PRINCIPLE. I AM Sam, Cloninger.

SAM CLONINGER IS HERE SAY. SAM CLONINGER IS NOT MY NAME.

WHO CAN SAY THAT'S MY NAME, DON'T SAY MY PARENTS GAVE ME THAT NAME. WHARE IS YOUR FIRSTHAND KNOWLEGE. THE BIRTH CERTIFICATE IS NOT THE FOUNDATIONAL DOCUMENT. IT'S A PRENATIL CONTRACT THIS WAS DONE BEFORE BIRTH WHEN HOSPITAL PAPERWORK WAS FILED FOR CARE. TRUE FOUN-DATION THE BIRTH CERTIFICATE IS THE RESULT.

RIGHT TO SELF DETERMINATION. I AM MAN, BORN SOVEREIGN, OF THE PEOPLE BY THE PEOPLE AND FOR THE PEOPLE.

AD-INFINITUM, FOREVERMORE. I AM Master Sam, MASTER OF MYSELF. FAUTHER IN COMMAND. KING OF MY LOVED ONES CLONINGER.

MONARCH OF CLONINGER, PATRIARCH. THE CHIEF IN CONTROL. PROVIDER, PROTECTOR, HOLDER, FI-DUCIARY OF MY LOVED ONES.

CRITICAL THINKER, ABLE TO JUDGE AND DISCERN. I HAVE INTUITION, INTELLECT AND LOGGIC. IM CREA-TIVE, PRODUCTIVE, INDEPENDENT, PROSPEROUS AND POWERFUL GIVEN THE CHANCE.

I HAVE INHERENT RIGHTS, INALIENABLE AND UNALIENABLE RIGHTS FROM INFRINGEMENT. CREATOR ENDOWED RIGHTS.

I CLAIM THE ESTATE OF MY CHILDREN, I REVOKE AUTHORIZATION AND ASSIGNMENT BY WRITTEN NOTICE. MY CHILDREN ARE NOT PRODUCTS OF CONCEPTION FOR THE STATE. WHAT IS UNKNOWN PARENTAGE, MY CHILDREN WERE NOT BORN LOST AND FOUND. UNDO MISTAKES, I REJECT CONFINEMENT. THE INFANT AND THE BABY ARE NOT THE SAME, STOLE MY INFANT AND GAVE A BABY. I DO NOT DETERMIN, I KNOW MY CHIL-DREN ARE MINE.THE ALL-CAPITAL NAME IS NOT ME, OR MY LOVED ONES. WE ARE NOT THE WARDS OF THE STATE. HOW CAN THAT BE US ESPECHUALLY IF WE DON'T OWN DOCUMENTS. WE DON'T HAVE FIRSTHAND KNOWLEDGE OF OUR ALL-CAPS NANE. CERTIFICATES ARE MADE BY SOMEBODY ELSE. ALL CAPS NAME ARE NOT THE FACT, THEY ARE READ TO BE THE FACT. ITS HERE SAY. IT IS NOT MY OWN KNOWLEDGE. ALL CAPS NAMES ARE NOT US NOR IS IT OUR PROPERTY. IT IS THE PROPERTY OF THE STATE AND OR THE UNITED

STATES. IVE BEEN TOLD ITS MY NAME, AND READ IT ALL MY LIFE, ITS ALL HERE SAY. HOSPITALS HAVE A PRO-BATE ROOM, (R 33O. 1228 PROBATE COURT HEARING) STAMPING BIRTH RECORDS IN PROBATE PROCEED-INGS. WHY IS A BIRTH CERTIFICATE A RECIET. MY INFANTS DID NOT DIE, THEY ARE NOT DECISED. I DID NOT KNOW TO DECLEAR INTENT AND USE. THE DECEDED ARE THE TAXPAYER. EXCLUSION. EVERY TAXPAYER IS A CESTUI QUE TRUST. SOCIAL SECURITY IS A TRUST. THE EMPLOYEE IS NOT ME IT IS THE TRUST. NO EVEDANCE OF A BENEFICIARY. I AM NOT THE BENEFICIARY, IM PRESUMEING. LOOK AT THE THIRD TRUSTEE OR THE BEN-EFICIARY.

I AM THE HOLDER. THE HOLDER IS DEFFINATE THAN THE HOLDER IN DUE COURSE. I HAVE THE RIGHTFUL CLAIM, I AM FIRST IN LINE CREDITOR. I AM NOT A MINOR ACTING AS AN INFANT.

THE STATE DOSE NOT OWN THE RECORD. YOU CAN'T OWN PEOPLE BECAUSE THE NORTHWEST CORORDI-NANCE FORBIDS IT.

I DON'T OWN MY SOCIAL SECURITY CARD. THE SIGNATURE LINE SAYS AUTHORIZED REPRESENTATIVE OR AU-THORIZED SIGNER, WHO AM I BEING AUTHORIZED TO SIGN FOR. DO I NEED PERMISSION.

UNIVERSAL AGENT IS AUTHORIZED TO TRANSACT ALL THE BUISNESS OF THE PRINCIPLE OF EVERY KIND OF DUE, ALL DELEBLE ACTS FOR THE PRINCIPAL.

UNIVERSAL AGENTS CAN BE CREATED ONLY BY CLEAR AND UNIVERSAL LANGUAGE. I AM NOT A UNIVERSAL AGENT, THERE WAS NO CLEAR WRITTEN CONTRACT. I AM NOT A SPECIAL AGENT. I AM A GENERAL AGENT; MY DUTY IS SERVICE OF PROCESS TO NOTIFY THE PRINCIPAL.

STATUS CORRECTION HAS NOTHING TO DO WITH CITIZENSHIP. I CAN'T CORRECT MY STATUS BUT I CAN COR-RECT MY COMPENTCY.

TRUST LAW IS GOOD, EVERYTHING REVOLVEING AROUND THE ALL-CAPS NAME IS WRONG.

FAIR AND EQUIL JUDGEMENT OVER THOSE WHO STAND BEFORE YOU, ONE SHOULD TREAT OTHERS AS ONE WOULD LIKE OTHERS TO TREAT ONESELF. MORALITY, BY GUIDE OF CONSCIENCE.

WHEN I STATE FAMILY, THE WORD DESCRIBES LOVED ONES OR MY BLOOD LINE NOTHING ELSE.

WEBSTERS AND OXFORD DICTIONARY IS NOT THE SAME AS THE BLACKS-LAW-DICTIONARY.

I DID NOT CREATE THE HELL IM FORCED TO DWELL IN, IT WILL CEASE TO EXIST. IM RELENTLESS TO SUCCEED.

CONSENSUS-FACIT-LEGEM, CONSENT MAKES THE LAW.

Case 3:23-cv-00109-SLG   Document 1   Filed 05/09/23   Page 20 of 36

A CONTRACT IS A LAW BETWEEN PARTIES, WHICH CAN AQUIRE FORCE, ONLY BY CONSENT.

I CAN ONLY DO BUSINESS PER THE TREATY OF PEACE AND FRIENDSHIP WITH AN AGENT OF GOOD PRINCIPLE.

I AM NOT THE GRANTOR I WASN'T OLD ENUGH TO MAKE DECISIONS.

THE CONFIDENCY I CAN CORRECT, THE SYSTEM CHANGES MY STATUS.

IM CONFIDENT I NEVER WERE A U.S. CITIZEN; THE TRUSTEE IS A U.S. CITIZEN. THE TRUSTEE IS FICTION. THE REGESTERED AGENT, SINCE WHAT HAPPEN IN 1933.

CONGRETINAL RECORD.

UNDER THE FEDERAL RESERVE ACT OBLIGATIONS THAT ARE DEPOSITED AS THE SECURITY AND GOLD FOR RE-SERVE NOTES ARE PLACED IN THE HANDS OF THE FEDERAL RESERVE AGENT. ISSUANCE TO RESERVE BANKS, NATURE OF OBLIGATION REDEMPTION. TRAPED INTO THE PETRO DALLAR, BECAUSE THEY MADE THE OBLI-GATION OF THE UNITED STATES THE NEW GOLD. THE DOLLAR IS BACKED BY THE CREDIT OF THE NATION. IT WILL REPRESENT A MORTGAGE ON ALL THE HOMES AND OTHER PROPERTY OF ALL PEOPLE OF THE NATION. EQUAL EXCHANGE.

MY PROPERTY IS NOT YOUR TANGABLE ASSETS IT IS MY RIGHTS AND INTEREST.

I AM NOT A GRUTODIST AGENT, A VOLUNTEER. ILL KEEP MY WEALTH.

THE SECURED PARTY PROCESS IS WRONG.

I HAVE INTEREST IN MY NAMES, CREATIONS OF THE STATE. BECAUSE WHARE IS MY AUTHORITY TO DO A (U.C.C. 1) AGAINST THE NAME. HOW DID I ESTABLISH A SECURITY INTRESS TO DO IT. WHARE IS MY AUTHOR-ITY TO DO A 56F FORM FOR THAT NAME. SOCIAL SECURITY ACT AND MY MOTHER GAVE ASSIGNMENT OVER PROPERTY. I AM NOT A TRUSTEE; IT IS NOT MY PROPERTY. IT IS ANOTHERS PROPERTY. DENOTES OWNER-SHIP.

A TRUSTEE IS SOMEONE WHO WITHOUT LEGAL AUTHORITY ADMINISTERS A LIVING PERSONS PROPERTY TO THE DETTRUMENT OF THE PROPERTY OWNER. WHO IS THE PROPERTY OWNER THE STATE. IM USING IT TO THEIR DETTRYMENT BECAUSE I AM NOT DOING MY OFFICE CORRECTLY. ITS NOT GRUTURITACE, ITS NOT KIND. IM OUT THERE CREATEING ALL THESE SECURITYS IN THE NAME OF THE TRUST.

FORWARD ALL NOTICES, ALL DEMANDS AND ALL PROCESS TO THE PRINCIPLE. FORWARD.

DON'T MAKE THE WRONG PRESUMPTION REVOLVEING AROUND THE NAME. NOT MY NAME. EVIDENCE POINTS TO THE STATE TO BE THE PRINCIPAL. THE STATE IS THE GRANTOR BUT IS THE GRANTOR THE PRINCIPAL ONCE ITS PLACED IN TRUST. ITS NOT, THE GRANTOR HAS NOTHING TO DO WITH IT, UNTILL ITS DESOLVED.

INFANTCY HAS NOTHING TO DO WITH AGE, INFANT IS ONE UNDER THE AGE OF LEGAL CAPACITY (COMPANTCY, A MINOR). THE STATUS OF ONE WHO HAS NOT ATAINED HIS MAJORITY, NON-AGE. EVERYONE REACHES COMPANTCY AT DIFFERENT TIMES. AN INFANT HAS A MIND BUT IS IMMATURE, INSUFFICIENT TO JUSTIFY HIS ASSUMEING BINDING OBLIGATION. HE CAN DO NO LEGAL ACT THAT WILL BIND HIM EXCEPT ENTER INTO AN APPREANTACESHIP, HE MAY DENAI OR AVOID ANY OTHER CONTRACT DURING HIS MAJORITY OR AFTER HE COMES OF AGE.

IF YOU ARE A MAN AND OWN A BUISNESS, DO YOU ALWAYS OPPERATE AS THE BUSINESS. DON'T CONCEAL EVERY ACTION OF WHAT IS WHAT.

ID LIKE TO SEE MY STOCK, CAPITAL STOCK.

THE AGGREGATE PROPRIETARY INTEREST OF STOCKHOLDERS IN A CORPORATION.THIS IS NOT AN INTEREST IN OR OWENERSHIP OF THE CORPORATION ITSELF. SEE COMMON STOCK, PREFERRED STOCK, PAR VALUE STOCK. I ASK FOR CERTIFICATE OF STOCK, WEITTEN EVIDENCE OF THE OWNERSHIP OF A CERTAIN NUMBER OF SHARES IN A CORPORATION. THE HOLDERS RIGHT TO A PROPORTIONATE SHARES IN THE ASSETS OF THE CORPORATION UPON ITS DESOLUTION, THE CERTIFICATE IS AN ASSIGNABLE CHOSE IN ACTION. STOCKBOOK IS A RECORD OF STOCKHOLDERS THAT CONTAINS THEIR NAMES ALPHABETICALLY ARRANGED, THE RESIDENCE OF EACH STOCKHOLDER, AND NUMBER OF SHARES HE OWNS. ALSO INCLUDED IS THE DATE OF EACH STOCKHOLDER BECAME AN OWNER AND THE AMOUNT PAID FOR HIS SHARES. THE STOCKBOOK MUST BE OPEN FOR HIS RIGHT TO INSPECT THE STOCKBOOK IS VALUABLE TO STOCKHOLDERS WHO WANT TO CHANGE THE EXISTING MANAGEMENT. THEY CAN PROMPTLY LEARN THE NAME AND ADDRESSES OF THOSE ENTITLED TO VOTE FOR DIRECTORS AND TRY TO INFLUENCE THEM INTO VOTEING FOR THEIR SLATE.

I ASK FOR QUALIFIED RESCISSION. I ASK FOR CERTIFICATE OF TITLE. CAPITAL GAIN AND LOSS PREVISIONS. AFFIDAVIT OF TITLE.

I WAS NEVER GIVEN A REMIDY TO PAY DEBT. BILL OF EXCHANGE.

(42 U.S.C. 408)

I AM A PRIVATE CREDITOR MADE A DEBTOR BY FRAUD. (15 U.S.C. 1602)

TO DISCHARGE DEBT VIA EQUITABLE RELIEF UNDER (HJR 192). OVER DEBT, FRAUD. THAT SHOULDN'T BE. UNACCEPABLE TO ME. I HAVE PAID MY DEBTS.

THE UNITED STATES GOVERNMENT IS THE PRIMARY OBLIGATOR TO THE PUBLIC DEBT. THE PRIMARY OBLIGA-TOR TO PAY ANY AND ALL DEBTS I ENCURE, BECAUSE THEY HAVE MY GOLD. THEY OWE YOU FOR ME. I CAN DISCHARGE DEBT AND IT DOSNT HAVE TO BE LEGAL TENDER. (31 U.S.C. 51118).

NEGOTIONAL INSTRAMENT. (U.C.C. 3-104)

PRIVATE BANKER. (TITLE 31 U.S.C. SEC. 5321).

ALL DEBTS ARE UNITED STATES OBLIGATIONS. (TITLE 18 U.S.C. SEC. 3123).

DEFINES OBLIGATION. (TITLE 18 U.S.C. SEC. 8).

DEFINES LEGAL TENDER. (TITLE 31 U.S.C. SEC. 5103).

REMOVE DEBT. (TITLE 31 U.S.C 5118 S.S.2. SEC.3).

I DID NOT SELL MY INHERITANCE FOR A BOWL OF PORAGE. RETURN MY WEALTH.

I ASSUME AND GLAIM LOVED ONES DOCUMENTS / NONRECORDED DOCUMENTS. DOCUMENTS ARE TO BE CORRECTED AND RECORDED CORECT BY THE STATE AND RETURNED TO ME. ENTITLE DOCUMENTS AND RE-TURN UNCLAIMED PROPERTY. WEALTH.

I CLAIM MY EQUITY. I CLAIM MY STATUS. I AM NOT LOST AT SEA. MY FAMILY IS NOT LOST AT SEA. AM NOT A SECONDARY OBLIGATOR.

THE UNITED STATES OF AMERICA CONSTITUTION IS THE SUPREAME LAW OF THE LAND.

A FREE REPUBLIC. I AM FOR AMERICA.

BECAUSE OF THE VALUE OF MY NON-GRANTOR TRUST, A FORCED ALTER EGO I DIDN'T CREATE. SOMEONE ELSE CREATED IT. I HAVE RIGHTS, ENFORCERS TAKE ADVANTAGE. INDOCTRINATED TO FOREFIT MY STATUS I WAS BORN INTO. BAMBOOZLED OUT OF MY WEALTH.

MY PARENTS WERE TRICKED, DECEIVED, COERCED INTO UNKNOWINGLY BECOMING INFORMANTS OF ABAN-DONMENT SWAPED AT BIRTH WITH MY FETIS. TRICKED INTO GIVING CUSTADY OF DOCUMENTS TO THE HOS-PITAL. FORCED ME TO SIGN BY INK PRESSED FOOTPRINT. THEN FORCED TO PAY OFF INTERESS, TAXATION ON PUBLIC DEBT THAT WILL NEVER SETTLE. (HOUSE JOINT RESOLUTION 192), AMERICA MADE WEALTH BACK BY THE FULL FAITH AND CREDIT OF THE AMERICAN PEOPLE.

RELEASE.

I ONLY ACCEPT CONTINANTAL GOLD BACKS, OR GOLD PAYMENT. WITH CERTIFICATE OF VALUE.

I AM WORTH MY WEIGHT IN GOLD.

MY BIRTH CERTIFICATE IS RECONIZED FOR ITS VALUE AND REAL ESTATE. I AM KING.

A BIRTH CERTIFICATE IS A ALLOIDABLE TITLE TO REAL ESTATE, A CESTUI QUE VIE TRUST OF MY EQUITY.

A SOCIAL SECURITY CARD IS A CITIZENRY OF DEBT. I AM NOT A U.S. CITIZEN. I CAN DISCHARGE DEBT/TRANS-FER ANY DEBT THAT MY ACCRUE.

I AM THE HOLDER OF DOCUMENTS. I WILL CONTROL INSTRUMENTS.

THERE HAS BEEN ILLEGAL ENTRY, GAIN OF MY ESTATE BY FALSE CLAIMS. ARE YOU AWARE OF THE LAWS AGAINST MISREPENSATION. ARE YOU AN AGENT OF THE CROWN. DID YOU SWEAR AN OATH.

I AM A FREE MAN UNDER THE REPUBLIC, FREE FROM TAXATION WITHOUT REPRESENTATION. WHAT I WANT IS TO PRODUCE MY OWN WEALTH TO INVEST AS I PLEASE.

UNDERSTAND, INFLECTION OR ABUSE OF POWER, ILLICIT CONDUCT. WOULD RESULT IN PROSECUTION, PU-NITIVE DAMAGES.

PROTECTION OF LAW. NONE SHALL TAKE FORCE OF ARMS AGAINST ME.

IGNORANTIA-JURIS-NEMINEM-EXCUSAT, IGNORANCE OF THE LAW IS NOT AN EXCUSE TO A CRIMINAL CHARGE.

I CANNOT BE CHARGED.

EQUITY PREVAILS OVER LEGAL.

KANGAROO. I AM NOT A GOVERNMENT EMPLOYEE; I DON'T WORK FOR YOU. I DO NOT ACCEPT. I DO NOT AGREE.

CODES, RULES, REGULATIONS, POLICY, AND STATUTES ARE NOT THE LAW OF THE LAND. (SELF V. RHAY, 61 WN (2D) 261). A

IT IS A FELONY TO RESTRICT TRADE. (15 U.S CODE SEC.1-TRUSTS ETC., IN RESTRAINT OF TRADE. ILLEGAL: PEN-ALTY). BY COERCED CONTRACT.

A SERVANT IS NOT GREATER THAN HIS MASTER NOR IS HE WHO IS SENT, GREATER THAN HE WHO SENT HIM.
I DO NOT WANT TO BE IN DISHONNOR BUT TO STAY IN HONNOR WITH OUT DISHONNOR OF ANYONES CHAR-
ACTER. THIS IS HARD TO DO. FORGIVE ME IF I DISHONNOR.

I MAY SUE STATE OR LOCAL OFFICIALS FOR THE DEPRIVATION OF ANY RIGHTS, PRIVILAGES, OR IMMUNITIES
SECURED BY THE CONSTITUTION AND FEDERAL LAWS UNDER BIVENS. (42 U.S.C S.S. 1983).

(SUPREMACY CLAUSE 18 ARTICLE 6). YOU HAVE DEFECTS, I WILL NOT BE RAILROADED.

CEASE ORDER, RESPOND AND REIMBURSE. I AM NOT A BABYLON, NOR A PIRATE. I GRASP CHARTERS AND
TRUSTS. NATURAL ORDER.

I AM NOT A LAWYER, NOR WISH TO BE OR HAVE ONE REPRESENT ME.

I CAN READ JURISPRUDENCE. (NWACP V.S BUTTON 371 U.S. 415), (SCHWARE V.S BOARD OF EXAMINERS
NEW MEXICO 353 U.S 232 1957). SEE FOR PENALTY(S). (TITLE 15 U.S CODE SEC.2).

I HAVE BEEN JUST. MY WORD IS TRUTH. I DO NOT ACQUIESCE.

I TAKE CONTROL. PEACEKEEPING, I EXPECT REMEDY AND GOOD FAITH. RETURN MY DAUGHTER. REUNITE.

HALT, IM IN CONSTANT DURESS AND ANGUISH. FORCED INTO POVERTY. ANYONE WHO DISREGARDS AND
ENFORCES (TITLE IV-D) UNJUSTLY AGAINST ME WILL BE HELD LIABLE. DO NOT ACCEDE AGAINST ME. IF
FORCED TO BATTLE FOR SETTLEMENT, INSTEAD OF SAFEGUARDING MY SAID RIGHTS. AS OF NOW IS BOUND
TO DO SO.

CHALLENGE IF YOU MUST. I WILL NOT BE HELD RESPONSIBLE FOR COURT FEES. HE IS GUILTY OF BARRATRY
WHO FOR MONEY BARTERS JUSTICE. MY RIGHTS ARE NOT TO BE PUT TO A VOTE. PROTAGONIST HEED,
PROTEST NOT. AGGREGATE, ARE GUARANTEED RIGHTS. THEY ARE NOT TO BE TRESPASS ON WITH EM-
BEZZLEMENT, BECAUSE THEY ARE FOREVER PROPERTY, NOT TO BE TOUCHED OR LOOKED AT. I CANNOT
PAY PUBLIC SERVANTS TO TRESPASS THE LAW. WEATHER OR NOT TO VERIFY MY RIGHTS IS A VIOLATION
OF DUE PROCESS OF LAW, AMALGAMOUS VIOLATION UNDER COMPANY LAW. (TITLE 18 U.S.C. SS 643).

DE-JURE, ACCORDING TO LAW; BY RIGHT. COMPLY AND APPLY. I DID NOT SELL MY INHERITANCE FOR A
BOWL OF PORRIDGE. I DO NOT ACQUIESCE.

THE NECESSITY OF PROVING, LIES WITH HIM WHO MAKE'S THE CLAIM.

NO ONE IS PUNISHED UNLESS FOR SOME WRONG ACT OR DEFAULT.

MALACE IS SOUR, IT IS A QUALITY OF A BAD MIND.

JUSTICE KNOW'S NEITHER THE FATHER NOR THE MOTHER.

FACT NEGATES FICTION.

FORGIVE ME IF I MIS-SPELLED OR USE INCORRECT GRAMMER, PUNCTUATION AND VOCABULARY.

FORGIVE ME IF I PHRASED INCORRECTLY, FORGIVE PARSE GRAMMER AND SYNTAX GRAMMER.

CREATE NO DISABILITIES AGINST ME.

I DO NOT OBSTRUCT, DELAY OR AFFECT COMMERCE IN ANY WAY. I DON'T CODONE TO VILONCE. I HAVE NO INTENT TO DEFRAUD BY FORGERY AND COUNTERFITING.

LIMITED BY ALGORITHIMS OF FALSE KNOWLEDGE. I DID MY BEST TO DECERN. FORGIVE ANY INCOMPLETE FINDINGS OF FACT AND CONCLUSIONS. IF ANY ARE FALSE YOU MUST PROOVE WITH EXPLANATION IN WRITEING.

ANY PERSONS, JUDGE, POLICE OFFICER, DISTRIC ATTORNEY, ATTORNEY AT LAW OR ANY GOVERNMENT OFFI-CIALS WHO ACT IN OFFICIAL CAPACITY WITHOUT ALL PROPER DOCUMENTATION. WILL BE HELD LIABLE AND OR PROSICUTED.

(AKSTAT 09.17.020) PUNITIVE DAMAGES.

(AS 39.52) ETHICS INFORMATION FOR PUBLIC EMPLOYEES.

(AS 39.52.110) SCOPE OF ETHICS ACT.

(AS 39.52.410-460) PENALTIES UNDER THE ETHICS ACT.

(AS 39.52.120) MISUSE OF OFFICIAL POSITION.

(AS 11.46.160) THEFT OF LOST OR MISLAID PROPERTY.

(AS 11.46.100) THEFT.

(AS 11.46.110) CONSOLIDATION OF THEFT OFFENSES: PLEADING AND PROOF.

(AS 11.46.180) THEFT BY DECEPTION.

(AS.46.190) THEFT BY RECEIVING.

(AS 11.46.200) THEFT OF SERVICES.

(AS 11.46.210) THEFT BY FAILURE TO MAKE REQUIRED DISPOSITION OF FUNDS RECEIVED OR HELD.

(AS 11.46.540) OBTAINING A SIGNATURE BY DECEPTION.

(AS 11.46.600) SCHEME TO DEFRAUD.

(AS 11.46.710) DECEPTIVE BUSINESS PRACTICES.

(AS 45.50.471) UNLAWFUL DECEPTIVE ACTS OR PRACTICES.

(AS 09.50.250) FALSE INPRISONMENT.

(AS 11.46.730) DEFRAUDING CREDITORS.

(AS 39.52.150) IMPROPER INFLUENCE IN STATE GRANTS, CONTRACTS, LEASES, OR LOANS.

(AS 11.46.980) DETERMINATION OF VALUE; AGGREGATION OF AMMOUNTS.

(AS 25.20.130) ACCESSS TO RECORDS OF THE CHILD.

(AS 25.20.140) ACTIONS FOR FAILURE TO PERMIT VISITATION WITH MINNOR CHILD.

(AS 39.52.160) IMPROPER REPRESENTATION.

(AS 39.52.190) AIDING A VIOLATION PROHIBITED.

(AS 39.52.210) NOTIFICATION OF POTENTIAL ETHICS VIOLATION.

(AS 39.52.230) REPORTS BY THIRD PARTIES.

(AS 39.52.310-330) COMPLAINTS.

(AS 26.05.697) MISPRISION OF SERIOUS OFFENSE.

(AS 11.41.530) COERCION.

(SEC. 502.003) REGISTRATION BY POLITICAL SUBDIVISION PROHIBITED.

(15 U.S.C. 168 1B A2), (18 U.S.C. 1028A), (15U.S.C 168 1C-2) REMOVE NEGATIVE ACCOUNTS.

(15 U.S.C. 6801) PROTECTION OF NONPUBLIC PERSONAL INFORMATION.

(15 U.S.C. 6802) OBLIGATIONS WITH RESPECT TO DISCLOSURES OF PERSONAL INFORMATION.

(18 U.S.C. 1512) PROHIBITS CONCEALING EVIDENCE OR RECORDS.

(AS 11.56.850) OFFICIAL MISCONDUCT.

9.3 SECTION 1983 CLAIM AGAINST DEFENDANTS IN INDIVIDUAL CAPACITY-ELEMENTS AND BURDEN OF PROOF. ALASKA CASE NUMBER: (001188162) / (3AN-16-18193CI)

(AS 11.41.300) KIDNAPING.

(AS 11.41.360) HUMAN TRAFFICKING IN THE FIRST DEGREE.

(AK 11.41.365) HUMAN TRAFFICKING IN THE SECOND DEGREE.

(5 U.S.C. 702) RIGHT OF REVIEW.

(28 U.S.C. 1361) COMPEL TO DUTY.

(18 U.S.C. 1519) DOCUMENT FRAUD.

(18 U.S.C. 1001) ADVICATED THEIR OATHS WORKING AS PRIVATEERS.

(18 U.S.C. 2520) RECOVERY OF PUNITIVE DAMAGES.

(28 U.S.C. 1782) ASSISTANCE TO FOREIGN AND INTERNATIONAL TRIBUNALS AND TO LITIGANTS BEFORE SUCH TRIBUNALS.

(42 U.S.C. 1983) CAUSE OF ACTION. CONSTITUTIONAL DAMAGES/COMPENSATORY DAMAGES, TORT LIABILITY.

(15 U.S.C.A. 77A ET SEQ.) SECURITYS EXCHANGE ACT OF 1934. SECURITYS AND EXCHANGE COMMISSION CORPORATE FRAUD CASES.

I CANCEL AND RESEND ANY CONTRACTS WITH THE STATE.

(18 U.S.C. 242) DEPRIVATIONS OF RIGHTS UNDER COLOR OF LAW.

(18 U.S.C. 245) INTERFERENCE WITH FEDERALLY PROTECTED ACTIVITYS.

(18 U.S.C. 241) CONSPIRACY AGAINST RIGHTS.

(ARTICLE 8) RIGHT TO PRIVACY. RESPECT FOR YOUR PRIVATE AND FAMILY LIFE.

(18 U.S.C. 247) OBSTRUCTION IN FREE EXERCISE OF RELIGIOUS BELIEFS.

(42 U.S.C. 3631) CRIMINAL INTERFERENCE WITH THE RIGHT TO FAIR HOUSEING.

(18 U.S.C. 666) THEFT OR BRIBERY CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS.

(18 U.S.C. 3571) DENIED RIGHT TO REASONABLE DEFENSE ARGUMENTS.

(18 U.S.C. 3572) DEFENCE EVIDENCE (RECORDS).

(18 U.S.C. 3571) DENIED RIGHT TO TRUTH IN EVIDENCE.

(18 U.S.C. 3571) SLAVERY- FORCED COMPLIANCE TO CONTRACTS NOT HEILD.

(18 U.S.C. 3571) DENIED PROVISIONS OF THE CONSTITUTION.

(5 U.S.C. 3331) OATH OF OFFICE.

(71 U.S. 2, 1866) EX PARTE MILLIGAN.

(42 U.S.C.A. 1983, CHAPTER 21, AT NOTES 319 AND 337) INTENT.

(18 U.S.C. 3571) VIOLATION OATH OF OFFICE.

(18 U.S.C. 3571) TREASON.

(18 U.S.C. 2831) TREASON.

(18 U.S.C. 4) MISPRISION OF A FELONY.

(18 U.S.C. 421) CONSPIRACY.

(18 U.S.C. 871) EXTORTION.

(18 U.S.C. 876) MAIL THREATS.

(18 U.S.C 1001) FRAUD.

(18 U.S.C. 1001) FALSEIFICATION OF DOCUMENTS.

(18 U.S.C. 1621) PERJURY.

(18 U.S.C. 1622) SUBORNATION OF PERJURY.

(18 U.S.C. 2112) GRAND THEFT.

(18 U.S.C. 1963) RACKETEERING (CRIMINAL).

(18 U.S.C. 1964) RACKETEERING (CIVIL).

(18 U.S.C. 3) ACCESSORY AFTER THE FACT.

(19 U.S.C. 1592) PENALTYS FOR FRAUD, GROSS NEGLIGENCE.

(28 U.S.C 1361) ACTION TO COMPEL AN OFFICER TO PERFORM HIS DUTY.

(42 U.S.C. 12203) PROHIBITION AGAINST RETALIATION AND COERCION.

(ARTICLE 61 MAGNA CARTA) NO FREEMAN SHALL BE TAKEN, IMPRISONED, DISSEISED, NOR WILL HE PRO-CEED AGAINST OR PROSECUTE HIM, EXCEPT BY THE LAWFUL JUDGEMENT OF HIS PEERS AND BY THE LAW OF THE LAND.

(NUREMBERG CODE) THE VOLUNTARY CONSENT OF THE HUMAN SUBJECT IS ABSOLUTELY ESSENTIAL. THIS MEANS THAT THE PERSON INVOLVED SHOULD HAVE LEGAL CAPACITY TO GIVE CONSENT; SHOULD BE SO SIT-UATED AS TO BE ABLE TO EXERCISE FREE POWER OF CHOICE, WITHOUT THE INTERVENTION OF ANY ELE-MENT OF FORCE, FRAUD, DECIET, DURESS, OVER-REACHING, OR COERCION; AND SHOULD HAVE SUFFICIENT KNOWLEDGE AND COMPAREHENSION OF THE ELEMENTS OF THE SUBJECT MATTER INVOLVED, AS TO ENA-BLE HIM TO MAKE AN UNDERSTANDING AND ENLIGHTENED DECISION.

(ARTICLE 1, SECTION 10, CLAUSE 1) NO STATE SHALL ENTER INTO ANY TREATY, ALLIANCE, OR CONFEDERA-TION; GRANT LETTERS OF MARQUE AND REPRISAL; COIN MONEY; EMIT BILLS OF CREDIT; MAKE ANY THING BUT GOLD AND SILVER COIN A TERNDER IN PAYMENT OF DEBTS; PASS ANY BILL OF ATTAINDER, EX POST FACTO LAW, OR LAW IMPAIRING THE OBLIGATION OF CONTRACTS, OR GRANT ANY TITLE OF NOBILITY.

(U.C.C. 3-305) FRAUD IN THE FACTUM, RIGHTS OF A HOLDER IN DUE COURSE.

(U.C.C. 3-601) DISCHARGE AND EFFECT OF DISCHARGE.

(U.C.C. 3-302) HOLDER IN DUE COURSE.

(28 U.S.C. 3002 SECTION 15 A, B, C AND D). DEFACTO GOVERNMENT CORPORATION NOT THE REPUBLIC.

(42 U.S.C. 2000E) DEFINITIONS.

(SECOND OF TORTS 652B) ITERUSION UPON SECLUSION.

(SECOND OF TORTS 652E) FALSE LIGHT.

THERE IS NO JUSISDICTION OVER WE THE PEOPLE JUST THE ADMINISTRATION OF THE LAW.

ADMINISTRATIVE LAW IS THE BODY OF LAW THAT GOVERNS THE ADMINISTRATION AND REGULATION OF GOVERNMENT AGENTCIES (BOTH FEDERAL AND STATE).

(ARTICLE 3 SECTION 1) THE JUDICIAL POWER OF THE UNITED STATES, SHALL BE VESTED IN ONE SUPREME COURT, AND IN SUCH INFERIOR COURTS AS THE CONGRESS MAY FROM TIME TO TIME ORDAIN AND ESTAB-LISH THE JUDGES, BOTH OF THE SUPREME AND INFERIOR COURTS, SHALL HOLD THEIR OFFICES DURING

Case 3:23-cv-00109-SLG   Document 1   Filed 05/09/23   Page 30 of 36

GOOD BEHAVIOUR, AND SHALL, AT STATED TIMES, RECEIVE FOR THEIR SERVICES, A COMPENSATION, WHICH SHALL NOT BE DIMINISHED DURING THEIR CONTINUANCE IN OFFICE.

(ARTICLE 6 CLAUSE 2) THIS CONSTITUTION, AND THE LAWS OF THE UNITED STATES WHICH SHALL BE MADE PERSUANCE THEREOF; AND ALL TREATIES MADE, OR WHICH SHALL BE MADE, UNDER THE AUTHORITYOF THE UNITED STATES, SHALL BE BOUND THEREBY, ANY THING IN THE CONSTITUTION OF LAWS OF ANY STATE TO THE CONTRARY NOTWITHSTANDING.

(FOURTH AMENDMENT) THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES, PAPERS, AND EFFECTS, AGAINST UNREASONABLE SEARCHES AND SEIZURES, SHALL NOT BE VIOLATED, AND NO WARRANTS SHALL ISSUE, BUT UPON PROBABLE CAUSE, SUPPORTED BY OATH OR AFFIRMATION, AND PARTICLARY DE-SCRIBING THE PLACE TO BE SEARCHED, AND THE PERSONS OR THINGS TO BE SEIZED.

(NINTH AMENDMENT) THE ENUMERATION IN THE CONSTITUTION, OF CERTAIN RIGHTS, SHALL NOT BE CON-STRUED TO DENY OR DISPARAGE OTHERS RETAINED BY THE PEOPLE.

(TENTH AMENDMENT) THE POWERS NOT DELEGATED TO THE UNITED STATES BY THE CONSTITUTION, NOR PROHIBITED BY IT TO THE STATES, ARE RESERVED TO THE STATES RESPECTIVELY, OR TO THE PEOPLE.

IF THE STATE LAW IS DETERMINED TO VIOLATE THE CONSTITUTION OR ITS AMENDMENTS BY THE SUPREME COURT, THEN THE FEDERAL LAW IS STRUCKDOWN.

(THIRTEENTH AMENDMENT) NEITHER SLAVERY NOR INVOLUNTARY SERVITUDE, EXCEPT AS A PUNISHMENT FOR CRIME WHEREOF THE PARTY SHALL HAVE BEEN DULY CONVICTED, SHALL EXIST WITHIN THE UNITED STATES, OR ANY PLACE SUBJECT TO THEIR JURISDICTION.

(THIRTEENTH AMENDMENT 1819) IF ANY CITIZEN OF THE UNITED STATES SHALL ACCEPT, CLAIM RECEIVE OR RETAIN, ANY TITLE OF NOBILITY OR HONOUR, OR SHALL, WITHOUT THE CONSENT OF CONGRESS, ACCEPT AND RETAIN ANY PRESENT, POSITION, OFFICE OR EMOULUMENT OF ANY KIND WHATEVER, FROM ANY EM-PEROR, KING, PRINCE OR FOREIGN POWER, SUCH PERSON SHALL CEASE TO BE A CITIZEN OF THE UNITED STATES, AND SHALL BE INCAPABLE OF HOLDING ANY OFFICE OF TRUST OR PROFIT UNDER THEM, OR EITHER OF THRM.

(FOURTEENTH AMENDMENT) NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIGE THE PRIVILEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES; NOR SHALL ANY STATE DEPRIVED ANY PER-SON OF LIFE, LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUIL PROTECTION OF LAWS.

FAMILIAL ASSOCIATION.

RECKLESS INFLICTION OF EMOTIONAL DISTRESS.

OPRESSION.

SECURITIZING A DOCUMENT.

MAIL FRAUD.

SIMULATING A LEGAL PROCESS.

USING COMMERCIAL CODES AGAINST THE PRIVATE SECTOR.

FALSIFYING GOVERNMENT DOCUMENTS FOR FINANCIAL GAIN.

DEFRAUDING A SECURED PARTY CREDITOR.

REFERENCE CODES FOR CAUSE OF ACTION.

THE 16 AMENDMENT OF THE CONSTITUTION IS A FRAUD.

(RSA 382-A:9-109 EXEMPT) RIGHT TO TRAVEL.

(NH / HB1778 / 2018) EVIDENCE OFF CORPORATE FRAUD BY CREATURES OF THE STATE, AS HAVING EN-SLAVED THE COMMERCIAL PERSON THROUGH THE SYSTEMATIC ADHESION CONTRACTS OF SILENT DECEP-TION AND INDUCEMENT BY FRAUD.

(EXECUTIVE ORDER 13818) BLOCKING THE PROPERTY THE PROPERTY OF PERSONS INVOLVED IN SERIOUS HU-MAN RIGHTS ABOUSE OR CORRUPTION.

(DECLARATION OF INDEPENDENCE) WE HOLD THESE TRUTHS TO BE SELF-EVIDENT, THAT ALL MEN ARE CRE-ATED EQUAL, THAT THEY ARE ENDOWED BY THEIR CREATOR WITH CERTAIN UNALIENABLE RIGHTS, THAT AMONG THESE ARE LIFE, LIBERTY AND THE PERSUIT OF HAPPYNES. -- THAT TO SECURE THESE RIGHTS, GOV-ERNMENTS ARE INSTITUTED AMOUNG MEN, DERIVING THEIR JUST POWERS FROM THE CONSENT OF THE GOVERNED, THAT WHENEVER ANY FORM OF GOVERNMENT BECOMES DESTRUCTIVE OF THESE ENDS, IT IS THE PEOPLE TO ALTER OR ABOLISH IT, AND TO INSTITUTE A NEW GOVERNMENT, LAYING ITS FOUNDATION ON SUCH PRINCIPLES AND ORGANIZING ITS POWERS IN SUCH FORM,

Case 3:23-cv-00109-SLG   Document 1   Filed 05/09/23   Page 32 of 36

9.3 SECTION 1983 CLAIM AGAINST DEFENDANTS IN INDIVIDUAL CAPACITY-ELEMENTS AND BURDEN OF PROOF. ALASKA CASE NUMBER: (001188162) / (3AN-16-18193CI)

I MAKE THIS CLAIM FOR SETTLEMENT. ATTENTION, RETURN TO ME MY DAUGHTER AND THAT WHICH I WAS INTITLED TO FROM THE BEGAINING. RESISTANCE IS FUTILE. MY TERMS ARE NOT OPEN TO NEGOTIATION. NONNEGOTIABLE. I CHARGE BONDS. RECTIFY VIOLATIONS OF ANY OF MY RIGHTS.

ALSO NOT CONCERNING WHAT WAS DONE TO ME AS A CHILD DERIVED FROM CHILD SERVICES. STATE OF ALASKA AND THE STATE OF CALIFORNIA. UNMENTION OF VIOLATIONS.

ENDLESS PERSUIT, I CAN ADD AND CRITIQUE. REBUTE NOT. RECLAMATION. HOLOGRAPH, TO THE BEST OF MY KNOWLEDGE. DO YOU UNDERSTAND MY RIGHTS, GARNISH NOT.

I WILL NEVER GET BACK LOST TIME, MEMORYS THAT COULD HAVE BEEN CREATED WITH MY DAUGHTER AND LOVED ONES. TOREMENT OF PARENTAL ALINATION IS EQUIL TO LOSS OF LIFE.

DO NOT DETAIN ME. WE ALL UNDERSTAND THAT YOU ARE THE SERVANTS AND I AM THE MASTER. I HAVE BOLSTERED ENOUGH TO ESTABLISH MY RIGHTS. KNOCK.

IN THE CENTER OF MY MIND ARE THE KEYS TO THE KINGDOM.

Master-Sam, Cloninger. ALSO KNOWN AS Sam Cloninger.

HOLDER OF SAM CLONINGER.

X _____ 4-24-23

To whom it may concern:

I, Sam Cloninger, give permission to Britney Charlene-Raven White, the mother of our daughter, Piper Ann-Marie Cloninger, to travel out of state and country as per moving from Alaska to Fort Carson, Colorado Springs, Colorado.

X _____

Sam Cloninger


STATE OF _____Alaska_____ )
                            ) ss
(COUNTY OF) _3rd Jud. Dist_ )


THIS IS TO CERTIFY that on this __13th__ of __January__, 20 _18_

personally appeared before me __Sam Cloninger__

_____

known to me to be the individual described in and who executed the foregoing

instrument and acknowledged to me that __he·signed and executed the same as

his/her free and voluntary act and deed for the uses and purposes therein mentioned.

Given under my hand and official seal on the date herein stated.

NOTARY PUBLIC IN AND FOR THE STATE OF _Alaska_

My commission expires: __07/14/2021__

OFFICIAL SEAL
Robert Morgan
Notary Public State of Alaska
My Comm. Expires 07/14/2021

In response to Brittney Charlene-Raven White and Piper Ann-Marie Cloninger moving from Alaska to Fort Carson, Colorado, both parties agree to not pursue claims of child support.

X _____ 1-13-18

Sam Cloninger

X _____ Charlie-Raven White 1-13-18

Brittney Charlene-Raven White



# UNITED STATES POSTAL SERVICE ®

## PRIORITY MAIL ®

7022 2410 0001 2730 3682

PRESS FI

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

May 2020
2 1/2 x 9 1/2

RETURN RECEIPT
REQUESTED

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

U.S. POSTAGE PAID
PALMER, AK
$17.15
R2320ET23776-13

**FROM:**
Sam Cloninger
3655 S. Old Glenn Hwy
PMB 216
PALMER AK 99645

**TO:**
U.S. DISTRIC COURT
222 W. 7TH AVE.
Room 229 Box/Suit #4
ANCHORAGE AK 99513

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.